UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORA WALTON, | ) |
| | ) Cause No. 1:17-CV-1888 JMS MPB |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FIRST MERCHANTS BANK | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

# FIRST AMENDED COMPLAINT
# AND DEMAND FOR JURY TRIAL

Plaintiff, Debora Walton, pro se ("Plaintiff"), as and for her complaint, alleges as follows:

Violates Regulation E, including 12 C.F.R. 205.1,12 C.F.R 205.2,12 C.F.R 205.3, 12

C.F.R 205.4, 12 C.F.R 205.5,12 C.F.R 205.6, 12 C.F.R 205.7 and 12 C.F.R 205.8, and

the Electronic Funds Transfer Act, including 15 U.S.C. § 1693c and 1693 *et seq.*; and

Charges, Overdraft Fees for purchases when First Merchants Bank never had to pay

out more funds than were in the customer's checking account, Telephone Consumer

Protection Act, 47 U.S.C. §227, et seq. (the "TCPA"), and breach of business contract.

## JURISDICTION

1.      Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15

U.S.C. § 1693 *et. seq.* and 47 U.S.C. § 227 *et. seq.*

## VENUE

2.      Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b), in that

Defendant transacts business in this District and a substantial portion of the acts giving

rise to this action occurred in this District.

## PARTIES

3.      The Plaintiff, Debora Walton, is an adult individual residing in Carmel, Indiana,

and is a "person" as defined by 47 U.S.C. § 153(39).

4.      The Defendant First Merchants Bank ("First"), is an Indiana business entity with

an address of 200 E. Jackson Street, Muncie, IN 47305, and is a "person" as defined by

47 U.S.C. § 153(39).

## INTRODUCTION

5.      This is an action brought by an individual consumer for actual and statutory

damages, legal fees and costs pursuant to the:

   a. Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the
      "TCPA");
   b. Violates Regulation E, including 12 C.F.R 205.7; 12 C.F.R. 205.9 and 12
      C.F.R. 205 *et,* and the Electronic Funds Transfer Act, including 15 U.S. C.
      § 1693c; and § 1693 *et. seq.*;
   c. Charges Overdraft Fees for purchases when First Merchants Bank never
      had to pay out more funds than were in the customer's checking account;
   d. Fraudulent charging fees on fees they charged the Plaintiff for services
      never ordered nor never received;
   e. Fails to properly disclose its overdraft policies, including its Daily Overdraft
      Fee Polices;
   f. Breaches its contract with customers by charging Overdraft Fees when no
      over-draft has occurred;
   g. Breaches its contract that the Plaintiff secured with a Bank, First Merchants
      acquired.

## FACTUAL ALLEGATIONS

6.      First Merchants Bank, charged Overdraft fee to the Plaintiff, without there

being authority to do so, and fees charged without merit, and was not  triggered by

checks, debits, nor ACH transactions.

7.      First Merchants Bank, charged the Plaintiff with a monthly fee for services never

rendered nor requested.

8.      First Merchants Bank Failed to properly disclose its overdraft policies, including

its Daily Overdraft Fee Polices;

9.      First Merchants Bank, breached a business contract between the Plaintiff and a

prior contract entered into by a Bank purchased by First Merchants Bank.

10.     First Merchants violated TCPA, by constantly calling the Plaintiff's cell phone with

an automated voice recording, especially when the Plaintiff had requested the calls stop

and directly ask the V.P. and Branch Manager to please make the calls stop.

11.     Closing the Plaintiff's accounts without merit, and cut all communications with the

Plaintiff concerning her personal and business accounts not limited to any open loans

and financial responsibilities the Plaintiff continues to maintain.

## COUNT I

### Breach of Business and Consumer Contracts

12.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint

as though fully stated herein.

13.     Breach of Business Contract and Consumer Contract, according to Indiana

Business Law.   Making changes and a payment schedule to an existing Loan that was

generated by a Lending Institution that First Merchants Bank acquired.  First Merchants

never provided disclosures of any changes to the Loan contracts nor notice to the

3

Plaintiff about the terms of the changes to the Loan contracts.  **Exhibit "A"** (Ameriana Banks Loan Contract)

14.     Indiana has a Uniform Arbitration Act under Indiana Code 34-57-2, however; the chapter specifically exempts from its coverage all consumer leases, sales, and loan contracts.  **Exhibit "B"** (Walton Affidavit)

## COUNT II

## Violations of Regulation E

15.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

16.     Violates Regulation E, including 12 C.F.R 205.*et, seq.*  and the Electronic Funds Transfer Act, including 15 U.S. C. § 1693c; and § 1693 *et. seq.*;, by charging the Plaintiff unauthorized fees.   First Merchants Bank, accessed unauthorized charges to the Plaintiff's checking account, which throw the account in the negative, in the amouf of -$1.08, then consistently charging the Plaintiff $8.00 per day.  First Merchant Bank unilaterally closed the Plaintiff's accounts when she disputed the charges and ask for a disclosure of the authority the Bank had to assess the charges.  **Exhibit "C"** (Letter From First Merchants Bank); **Exhibit "D"** (First Merchants Banks Disclosures).

## COUNT III

## VIOLATIONS OF THE TCPA – 47 U.S.C. §  227,*et seq.*

17.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein;

18.     At all times mentioned herein, Defendant called Plaintiff's cellular telephone number using an ATDS or predictive dialer. in direct violation according to the

Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA");

19.     In expanding on the prohibitions off the TCPA, the Federal Communications Commission ("FCC") defines a predictive dialer as "a dialing system that automatically dials consumers' telephone numbers in a manner that "predicts" the time when a consumer will answer the phone and a [representative] will be available to take the call…"2003 TCPA Order, 18 FCC 36 Rcd 14022. The FCC explains that if a representative is not "free to take a call that has been placed by a predictive dialer, the consumer answers the phone only to hear, 'dead air' or a dial tone, causing frustration." Id. In addition, the TCPA places prohibitions on companies that "abandon" calls by setting "the predictive dialers to ring for a very short period of time before disconnecting the call; in such cases, the predictive dialer doses not record the call as having been abandoned. " Id.

20.     Defendant's telephone system(s) have some earmarks of a predictive dialer.

21.     When Plaintiff answered calls from Defendant, she heard silence before Defendant's telephone system would connect her to the next available representative or disconnect the call.

22.     Defendant's predictive dialers have the capacity to store or produce telephone numbers to be called, using a random or sequential number generator.

23.     Defendant placed automated calls to Plaintiff's cellular telephone number dispute knowing that it lacks consent to do so. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(30(C)

24.     The telephone number called by Defendant was assigned to cellular telephone service for which Plaintiff incurs charges pursuant to 47 U.S.C. § 227(b)(1).

25.      Plaintiff was annoyed, harassed and inconvenienced by Defendant's continued

5

calls.

26.     The calls from Defendant to Plaintiff was not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

27.     Plaintiff is entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

28.     Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227©(3)(B) and 47 U.S.C. § 227)b)(3)(C).

## **COUNT IIII**

## **VIOLATED INDIANA LAW PROHIBITING ROBO CALLING**

29.     A.   I.C. sec. 24-5-14-5 is titled "Restrictions on use of automatic dialing-announcing device," and provides:

"(a) This section does not apply to any of the following messages:

(1) Messages from school districts to students, parents, or employees.

(2) Messages to subscribers with whom the caller has a current business or personal relationship.

(3) Messages advising employees of work schedules.

(b) A caller may not use or connect to a telephone line an automatic dialing-announcing device unless:

(1) the subscriber has knowingly or voluntarily requested, consented to, permitted, or authorized receipt of the message; or

(2) the message is immediately preceded by a live operator who obtains the subscriber's consent before the message is delivered."

Under the statute, a "subscriber" means "a person who has subscribed to telephone service from a telephone company; or ... other persons living or residing with the subscribing person." I.C. sec. 24-5-14-4. The United States Court of Appeals for the

6

Seventh Judicial Circuit construed this statute in a case issued on January 3, 2017. As Judge Easterbrook, writing for a unanimous panel, noted that the Federal government "and states such as Indiana have adopted limits on a particular calling technology, the robo call, that many recipients find obnoxious because there's no live person at the other end of the line. The lack of a live person makes the call frustrating for the recipient but cheap for the caller, which multiplies the number of these aggravating calls in the absence of legal controls. " *Patriotic Veterans, Inc. v. Zoeller*, 845 F.3d 303, 306 (7th Cir. 2017). The Seventh Circuit held Indiana's robo call statute does not violate First Amendment protections for free speech.  A caller who violates this statute "commits a deceptive act that is ... subject to the remedies and penalties under IC 24-5-0.5-4(d), IC 24-5-0.5-4(f), IC 24-5-0.5-4(g), and IC 24-5-0.5-8." attached.

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff respectfully prays that judgment be awarded in his favor and against Defendant as follows:

1.     A finding that the Defendants violated the Regulation E and/or an admission from the Defendant that it violated the 12 C.F.R 205 *et. seq.* for Actual Damages, Statutory Damages, Reasonable Attorneys Fees, Cost pursuant Regulation E guidelines;

2.     Actual damages;

3.     Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

4.     Treble damages for each violation determined to be willful and/or knowing pursuant to t pursuant to 47 U.S.C. § 227(b)(3)(C); and

5.     All Attorney Fees and such other and further relief as the Court deems just and proper.

July 10, 2017

Respectfully submitted,

Debora Walton
P.O. Box 598
Westfield, IN 46074

Request and Demand for a Jury Trail

Debora Walton, pro se

**Exhibit A**



**InstaCash Agreement**

**Deborah M Loy**                                    **Credit Line $2,500.00**

**12878 Mayfield Lane**                            **Closing Date  October 26, 2009**
**Carmel, IN  46032**

Please establish for me checking overdraft privileges in connection with Ameriana Bank, SB checking account, (account number  0627014736 )  under the terms and conditions herein stated. In order to induce you to do so, I have submitted to you an application for InstaCash checking privileges.

The establishment of these privileges by Ameriana Bank, SB approving my application shall constitute an agreement between us that:

1.      The Bank shall promptly furnish to me a copy of this agreement, showing the maximum credit line  and showing your written acceptance and approval of said maximum credit line in this agreement.

2.      I understand that loans under this agreement shall constitute loans by means of an automatic credit to my InstaCash account in multiples of $50, or the unused portion of the maximum credit available hereunder if less than $50, at any time checks drawn against my checking account (or other charges to said checking account) are in excess of the balance of said checking account.  There will be a $ 2.00 monthly fee assessed for this service.

3.      The  InstaCash checking privileges defined in this Agreement shall constitute a line of credit. The Bank will make advances to me that will not, except at the Bank's discretion, exceed my approved maximum credit line. If the Bank should elect to pay any such checks that exceeds my maximum credit line, I will immediately and without demand pay the excess of indebtedness. The Bank is not obligated to honor any overdraft or request by me in excess of my maximum credit line.

4.      I promise to pay the Bank at its offices all principal sums borrowed hereunder plus interest thereon at the Rate of 18% with a corresponding ANNUAL PERCENTAGE RATE of 18%. Finance charges begin to accrue immediately when you make an advance to me.  Finance charges will be computed as follows:
**InstaCash Balance Computation Method:**  The <u>Average Daily Balance Method</u> is used to calculate the finance charge due monthly on your InstaCash account. We calculate the finance charge on your account by applying the periodic rate to the "average daily balance" of your account including current transactions. To get the "average daily balance" we take the beginning balance of your account each day, add any new advances on your line-of-credit, and Substract any payments and credits (and unpaid finance charges). This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

5.      I further agree that I will pay to the Bank monthly payments of $ 10.00  or  5.0 %  of the balance due, whichever is greater, upon receipt of a statement. Such monthly payments will be applied first to the payment of accrued interest and the balance to the payment of principal on said loans. I understand that I may, at any time, prepay said loan in full or in part without penalty.

6.      The Bank shall deliver monthly to me,  statements of my InstaCash account showing all checks paid by you, interest accrued, payments made and  balances owing. Each such amount shall be deemed correct and accepted by me unless I notify the Bank in writing of discrepancies within ten days after it is mailed. My InstaCash statement will be combined with my checking account statement.

Page 1

7.      In the event I become insolvent, default in the payment of any installment or charge, close my stated checking account with the Bank, default under the terms of this agreement, issue any postdated checks, have my account garnisheed, attempt an assignment of my account, die, or issue a check which will result in a loan in excess of the maximum credit line provided hereunder, the Bank's commitment to make further loans to me or pay checks shall immediately terminate.  Upon termination,  all sums owing by me to you shall immediately become due and payable without demand or notice.

8.      If, while this agreement is in effect, I change my residence address or employment or there is any adverse changes in my financial condition, I will immediately notify the Bank in writing thereof.

9.      Either the Bank or I may terminate this agreement at any time, as to future loans by written notice to the other sent by registered or certified mail addressed to the Bank's office, and if to me, at my residence address shown on the application. Such notice, if by the Bank, shall be effective when mailed; and if by me, when received by the Bank. Such termination shall not affect the Bank's right, in its discretion, to pay any check properly drawn and issued by me prior thereto, but presented after such termination, or my obligation to pay all sums borrowed and interest accrued. If the Bank pays any checks drawn by me which may be presented to the Bank for payment after such termination (which the Bank may do at its option but need not), the amount of any such payment shall constitute a loan to me hereunder payable at the Bank's option on demand.

10.     It is understood that the agreements to make loans hereunder is made for my sole benefit and not for the benefit of any other person, and my rights hereunder shall not be assignable by operation of law or otherwise.

11.     I promise to pay to the Bank at its offices promptly when due all unpaid indebtedness hereunder and all costs, including court costs and reasonable attorney's fees, paid or incurred by the Bank endeavoring to collect said indebtedness.

12.     If this agreement is signed by myself and one or more others as coborrowers, each of the signers may draw checks on the account and shall be jointly and severally liable for all sums payable to the Bank by me hereunder.  In any such case the words "I" "my" and "me"  used herein shall be construed as "we" "our" and "us". All notices, statements of account, demands and other communications by the Bank hereunder or pursuant thereto may be sent solely to the undersigned signing as borrower. The Bank may rely on instructions solely by the undersigned as borrower with respect to any matters arising hereunder or pursuant thereto.

**Your Billings Rights**
**Keep This Notice For Future Use**

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**Notify Us In Case Of Errors Or Questions About Your Bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at:  PO Box H, New Castle, Indiana  47362. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
        Your name and account number.
        The dollar amount of the suspected error.
        Describe the error and explain, if you can, why you believe there is an error.
        If you need more information, describe the item you are not sure about.

If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur.

Page 2


## Your Rights And Our Responsibilities After We Received Your Written Notice

We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we received your letter, we cannot try to collect any amount you question, or report you delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

If we find that we made a mistake on your bill, you will not have to pay any finance charge related to any questioned amount. If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explaination does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settle between us when it finally is.

If we don't follow these rules, we can't collect the first $50.00 of the questioned amount, even if your bill was correct.


_____
Deborah M Loy

_____


_____                _____ 10/26/09 _____
                                                  Date

_____
                                                  Date

Page 3



## Acknowledgement of Consumer Disclosure

I/We obtained a non-real estate secured/unsecured note from Ameriana and received the following documents/disclosures during the application process or at closing –
    1 copy of the unexecuted note with the related Truth-in-Lending disclosures
    1 copy of the FCRA Post Closing Notice (negative information reporting) per applicant
    1 copy of the DPP documents (when accepted)

OR...

I/We obtained a fixed rate 2nd mortgage from Ameriana and received the following documents/disclosures during the application process or at closing –
    1 copy of the Good Faith Estimate per applicant
    1 copy of the Notice of Right to Receive Copy of Appraisal per applicant
    1 copy of the Affiliated Business Arrangement per applicant
    1 copy of the Notice to Loan Applicant (credit scores) per applicant
    1 copy of the unexecuted note with the related Truth-in-Lending disclosures
    1 copy of the HUD-1a Closing Statement
    1 copy of the Mortgage
    2 copies of the Notice of Right to Cancel (Rescission) per applicant
    1 original (yellow/goldenrod) copy of the Indiana Form 51781
    1 copy of the FCRA Post Closing Notice (negative information reporting) per applicant
    1 copy of the DPP documents (when accepted)

OR...

I/We obtained a revolving line-of-credit home-equity mortgage loan from Ameriana and received the following
documents/disclosures during the application process or at closing –
    1 copy of the Notice of Right to Receive Copy of Appraisal per applicant
    1 copy of the Consumer Handbook
    1 copy of the Equichex Home Equity Line of Credit
    1 copy of the Notice to Loan Applicant (credit scores) per applicant
    1 copy of the Affiliated Business Arrangement
    1 copy of the Equichex Home Equity Line of Credit Agreement
    1 copy of the Mortgage
    2 copies of the Notice of Right to Cancel (Rescission) per applicant
    1 original (yellow/goldenrod) copy of the Indiana Form 51781
    1 copy of the FCRA Post Closing Notice (negative information reporting) per applicant
    1 copy of the EquiChex Credit Card Disclosure

I/We acknowledge that, in addition to the items in the section checked above, an Ameriana associate provided the Bank's privacy notice to me/us prior to application and presented and explained the information and terms provided on my/our consumer loan note prior to obtaining my/our signature(s) on the note.

Borrower: _____   Date: _____

Borrower: _____   Date: _____

**Exhibit B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORA WALTON, | Cause No. 1:17-CV-1888 JMS MPB |
| Plaintiff, | Judge Jane  Magnus-Stinson |
| v. | Magistrate Judge Matthew P |
| FIRST MERCHANTS BANK, N.A. | Brookman |
| Defendants. | |

### AFFIDAVIT OF DEBORAH WALTON

Deborah Walton, being duly sown, deposes and states:

1.    I am an adult with a residence in Hamilton County in the state of Indiana.

2.    When I secured the two Loans with Americana Bank, prior to First Merchants

Bank acquiring Ameriana Bank, I did not sign any Arbitration Agreement for the Loans

I obtained from Ameriana Bank.

3.    I did not sign any Arbitration Agreement with First Merchants Bank for the Loans they

took over for Ameriana Bank after the acquisition.

4.    I did not receive any Letter nor Disclosures from First Merchants Bank until after I

filed my Complaint.


**I AFFIRM UNDER PENALTIES OF PERJURY THAT THE FOREGOING
REPRESENTATIONS ARE TRUE AND ACCURATE TO THE  BEST  OF  MY
KNOWLEDGE AND BELIEF.**


Deborah Walton

**Exhibit C**

 **First Merchants Bank**

1 E. CARMEL DR. | STE 100 | CARMEL, IN 46032
PHONE: 317.844.5675

May 25, 2017

Deborah M. Loy
PO Box 365
Carmel, IN  46082

Re: Loan statement concerns and termination of First Merchants Bank account relationships

Dear Ms. Loy:

Recently, it was brought to our attention that you expressed concerns regarding loan statements not being delivered to your mailing address of PO Box 365, Carmel, IN, 46082.  After researching this, it was determined that we have not received any returned or unclaimed mail regarding your address and have therefore closed this item. You are able to request copies of statements by submitting a request in writing to our Carmel Banking Center located at One E. Carmel Dr., Carmel, IN, 46032.

We are also writing to inform you that First Merchants Bank is closing your accounts effective June 30, 2017. Additionally, any related debit/ATM cards will be cancelled effective June 10, 2017.  The First Merchants Bank Terms and Conditions booklet has been included for your reference.

On June 30, 2017, we will close all related personal and business deposit accounts and tender any remaining account balances to you via official bank check(s) and/or in person through the drive-through of our banking center located at the above address.  Be advised that items presented for payment after the accounts are closed may be dishonored.  Any payments towards outstanding loan balances will continue to be accepted via mail, night depository, or drive-through at any of our banking center locations.

Please direct any questions or concerns to Mr. Robert Holland at 317-844-5675 or Mr. Joe Moore at 765-534-3196, and note that call center agents will be directed to send any inquiries related to this matter to one of the above individuals.


Sincerely,

Robert Holland
Vice President
One E. Carmel Drive
Carmel, IN  46032


Enclosure(1)

**Exhibit D**



# FIRST MERCHANTS BANK
# CONSUMER DISCLOSURE BOOKLET
# INDIANA

FMB Indiana Consumer Disclosure Booklet - Revised 03/2017

# First Merchants Bank Consumer Disclosure Booklet - Indiana

# INDEX

| | |
|---|---|
| **Funds Availability** | **Page 1** |
| **Terms and Conditions** | **Pages 2-7** |
| **Electronic Funds Transfer** | **Page 8-10** |
| **First Merchants Overdraft Practice** | **Page 11** |
| **Privacy Policy** | **Page 12-13** |
| **USA Patriot Act** | **Page 14** |
| **General Banking Fees** | **Page 15** |
| **Contact Us** | **Page 16** |
| **Personal Checking Truth in Savings Disclosure** | **Page 17** |
| **Personal Savings Truth in Savings Disclosure** | **Page 18** |

# Availability of Funds Disclosure
## YOUR ABILITY TO WITHDRAW FUNDS AT
## FIRST MERCHANTS BANK
## 200 EAST JACKSON STREET PO BOX 792
## MUNCIE, IN 47308-0792
## PHONE: (765) 747-1500

This policy statement applies to "Transaction" accounts. Transaction accounts, in general, are accounts which permit an unlimited number of payments to third persons and an unlimited number of telephone and preauthorized transfers to other accounts of yours with us. Checking accounts are the most common transaction accounts. Feel free to ask us whether any of your other accounts might also be under this policy.

Our policy is to make funds from your cash or check deposits available to you on the first business day after the day we receive your deposit. Electronic direct deposits will be available on the day we receive the deposit. Once the funds are available, you can withdraw them in cash and we will use the funds to pay checks that you have written. Please remember that even after we have made funds available to you and you have withdrawn the funds, you are still responsible for checks you deposit that are returned to us unpaid and for any other problems involving your deposit.

For determining the availability of your deposits, every day is a business day, except Saturdays, Sundays, and federal holidays.

If you make a deposit prior to 6:00 p.m. (some cutoff times may be later at some locations) on a business day that we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after 6:00 p.m. or on a day we are not open, we will consider that the deposit was made on the next business day we are open. For additional information contact your branch representative. If you make a deposit at an ATM before 4:00pm EST (some cutoff times may be later at some locations) on a business day that we are open, we will consider that day to be the day of your deposit. However, if you make a deposit at an ATM after 4:00pm EST or on a day we are not open, we will consider that the deposit was made on the next business day we are open. For additional information contact your branch representative.

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in one of your accounts. Those funds will be available at the time funds from the check we cashed would have been available if you had deposited it.

If we accept for deposit a check that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your availability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available for withdrawal until the time periods that are described elsewhere in this disclosure for the type of check that you deposited.

LONGER DELAYS MAY APPLY

Case-By-Case Delays - In some cases, we will not make all of the funds that you deposit by check available to you on the first business day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $200 of your deposits, however, may be available on the first business day after the day of your deposit.

If we are not going to make all of the funds from your deposit available on the first business day after we receive your deposit, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to one of our employees, or if we decide to take this action after you have left the premises, we will mail you the notice by the first business day after we receive your deposit. If you will need the funds from a deposit right away, you should ask us when the funds will be available.

Safeguard Exception Delays - In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:

- We believe a check you deposit will not be paid.
- You deposit checks totaling more than $5,000 on any one day.
- You redeposit a check that has been returned unpaid.
- You have overdrawn your account repeatedly in the last six months.
- There is an emergency, such as failure of computer or communications equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than second business day after the day of your deposit.

SPECIAL RULES FOR NEW ACCOUNTS

If you are a new customer, the following special rules will apply during the first 30 days your account is open.

Funds from electronic direct deposits into your account will be available on the day we receive the deposit. Funds from deposits of cash, wire transfers, and the first $5,000 of a day's total deposits of cashier's. certified, teller's, traveler's, and federal, state and local government checks will be available on the first business day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you (and you may have to use a special deposit slip). The excess over $5,000 will be available on the ninth business day after the day of your deposit. If your deposit of these checks (other than a U.S. Treasury check) is not made in person to one of our employees, the first $5,000 will not be available until the second business day after the day of your deposit.

Revised 07/01/2011

# Terms and Conditions of Your Account

**Contents:**
(1)  Important Information about Procedures for Opening a New Account
(2)  Agreement
(3)  Liability
(4)  Deposits
(5)  Withdrawals
  *Generally*
  *Postdated Checks*
  *Checks and Withdrawal Rules*
  *Overdrafts*
  *Multiple Signatures, Electronic Check Conversion, and Similar Transactions*
  *Notice of Withdrawal*
(6)  Ownership of Account and Beneficiary Designation
  *Individual Account*
  *Joint Account - With Survivorship*
  *Joint Account - No Survivorship*
  *Revocable Trust Account/In Trust For*
  *Pay-on-Death Account with LDPS*
  *Pay-on-Death Account No LDPS*
  *Additional Transfer on Death Property Act Rules*
(7)  Business, Organization, and Association Accounts
(8)  Stop Payments
(9)  Telephone Transfers
(10)  Amendments and Termination
(11)  Notices
(12)  Statements
  *Your Duty to Report Unauthorized Signatures, Alterations, and Forgeries*
  *Your Duty to Report Other Errors*
  *Errors Relating to Electronic Fund Transfers or Substitute Checks*
(13)  Direct Deposits
(14)  Temporary Account Agreement
(15)  Setoff
(16)  Check Processing
(17)  Check Cashing
(18)  Truncation, Substitute Checks, and Other Check Images
(19)  Remotely Created Checks
(20)  Unlawful Internet Gambling Notice
(21)  ACH and Wire Transfers
(22)  Facsimile Signatures
(23)  Authorized Signer
(24)  Restrictive Legends or Endorsements
(25)  Account Transfer
(26)  Endorsements
(27)  Death or Incompetence
(28)  Fiduciary Accounts
(29)  Credit Verification
(30)  Legal Actions Affecting Your Account
(31)  Security
(32)  Telephonic Instructions
(33)  Monitoring and Recording Telephone Calls and Consent to Receive Communications
(34)  Claim of Loss
(35)  Early Withdrawal Penalties
(36)  Address or Name Changes
(37)  Resolving Account Disputes
(38)  Waiver of Notices
(39)  Additional Terms

**(1) Important Information about Procedures for Opening a New Account.** To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

**(2) Agreement.** This document, along with any other documents we give you pertaining to your account(s), is a contract that establishes rules which control your account(s) with us. Please read this carefully and retain it for future reference. If you sign the signature card or open or continue to use the account, you agree to these rules. You will receive a separate schedule of rates, qualifying balances, and fees if they are not included in this document. If you have any questions, please call us.

This agreement is subject to applicable federal laws, the laws of the state of Indiana and other applicable rules such as the operating letters of the Federal Reserve Banks and payment processing system rules (except to the extent that this agreement can and does vary such rules or laws). The body of state and federal law that governs our relationship with you, however, is too large and complex to be reproduced here. The purpose of this document is to:
  1. summarize some laws that apply to common transactions;
  2. establish rules to cover transactions or events which the law does not regulate;
  3. establish rules for certain transactions or events which the law regulates but permits variation by agreement; and
  4. give you disclosures of some of our policies to which you may be entitled or in which you may be interested.

If any provision of this document is found to be unenforceable according to its terms, all remaining provisions will continue in full force and effect. We may permit some variations from our standard agreement, but we must agree to any variation in writing either on the signature card for your account or in some other document. Nothing in this document is intended to vary our duty to act in good faith and with ordinary care when required by law.

As used in this document the words "we," "our," and "us" mean the financial institution and the words "you" and "your" mean the account holder(s) and anyone else with the authority to deposit, withdraw, or exercise control over the funds in the account. However, this agreement does not intend, and the terms "you" and "your" should not be interpreted, to expand an individual's responsibility for an organization's liability. If this account is owned by a corporation, partnership or other organization, individual liability is determined by the laws generally applicable to that type of organization. The headings in this document are for convenience or reference only and will not govern the interpretation of the provisions. Unless it would be inconsistent to do so, words and phrases used in this document should be construed so the singular includes the plural and the plural includes the singular.

**(3) Liability.** You agree, for yourself (and the person or entity you represent if you sign as a representative of another) to the terms of this account and the schedule of charges. You authorize us to deduct these charges, without notice to you, directly from the account balance as accrued. You will pay any additional reasonable charges for services you request which are not covered by this agreement.

Each of you also agrees to be jointly and severally (individually) liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to this account. This liability is due immediately, and can be deducted directly from the account balance whenever sufficient funds are available. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item or benefited from the charge or overdraft.

You will be liable for our costs as well as for our reasonable attorneys' fees, to the extent permitted by law, whether incurred as a result of collection or in any other dispute involving your account. This includes, but is not limited to, disputes between you and another joint owner; you and an authorized signer or similar party; or a third party claiming an interest in your account. This also includes any action that you or a third party takes regarding the account that causes us, in good faith, to seek the advice of an attorney, whether or not we become involved in the dispute. All costs and attorneys' fees can be deducted from your account when they are incurred, without notice to you.

Terms and Conditions-IN
Bankers Systems™ VMP®
Wolters Kluwer Financial Services © 2016

TC-IN 12/1/2016

**(4) Deposits.** We will give only provisional credit until collection is final for any items, other than cash, we accept for deposit (including items drawn "on us"). Before settlement of any item becomes final, we act only as your agent, regardless of the form of endorsement or lack of endorsement on the item and even though we provide you provisional credit for the item. We may reverse any provisional credit for items that are lost, stolen, or returned. Unless prohibited by law, we also reserve the right to charge back to your account the amount of any item deposited to your account or cashed for you which was initially paid by the payor bank and which is later returned to us due to an allegedly forged, unauthorized or missing endorsement, claim of alteration, encoding error or other problem which in our judgment justifies reversal of credit. You authorize us to attempt to collect previously returned items without giving you notice, and in attempting to collect we may permit the payor bank to hold an item beyond the midnight deadline. Actual credit for deposits of, or payable in, foreign currency will be at the exchange rate in effect on final collection in U.S. dollars. We are not responsible for transactions by mail or outside depository until we actually record them. We will treat and record all transactions received after our "daily cutoff time" on a business day we are open, or received on a day we are not open for business, as if initiated on the next business day that we are open. At our option, we may take an item for collection rather than for deposit. If we accept a third-party check for deposit, we may require any third-party endorsers to verify or guarantee their endorsements, or endorse in our presence.

**(5) Withdrawals.**

**Generally.** Unless clearly indicated otherwise on the account records, any of you, acting alone, who signs to open the account or has authority to make withdrawals may withdraw or transfer all or any part of the account balance at any time. Each of you (until we receive written notice to the contrary) authorizes each other person who signs or has authority to make withdrawals to endorse any item payable to you or your order for deposit to this account or any other transaction with us.

**Postdated Checks.** A postdated check is one which bears a date later than the date on which the check is written. We may properly pay and charge your account for a postdated check even though payment was made before the date of the check, unless we have received written notice of the postdating in time to have a reasonable opportunity to act. Because we process checks mechanically, your notice will not be effective and we will not be liable for failing to honor your notice unless it precisely identifies the number, date, amount and payee of the item.

**Checks and Withdrawal Rules.** If you do not purchase your check blanks from us, you must be certain that we approve the check blanks you purchase. We may refuse any withdrawal or transfer request which you attempt on forms not approved by us or by any method we do not specifically permit. We may refuse any withdrawal or transfer request which is greater in number than the frequency permitted, or which is for an amount greater or less than any withdrawal limitations. We will use the date the transaction is completed by us (as opposed to the date you initiate it) to apply the frequency limitations. In addition, we may place limitations on the account until your identity is verified.

Even if we honor a nonconforming request, we are not required to do so later. If you violate the stated transaction limitations (if any), in our discretion we may close your account or reclassify it as a transaction account. If we reclassify your account, your account will be subject to the fees and earnings rules of the new account classification.

If we are presented with an item drawn against your account that would be a "substitute check," as defined by law, but for an error or defect in the item introduced in the substitute check creation process, you agree that we may pay such item.

See the funds availability policy disclosure for information about when you can withdraw funds you deposit. For those accounts to which our funds availability policy disclosure does not apply, you can ask us when you make a deposit when those funds will be available for withdrawal. An item may be returned after the funds from the deposit of that item are made available for withdrawal. In that case, we will reverse the credit of the item. We may determine the amount of available funds in your account for the purpose of deciding whether to return an item for insufficient funds at any time between the time we receive the item and when we return the item or send a notice

in lieu of return. We need only make one determination, but if we choose to make a subsequent determination, the account balance at the subsequent time will determine whether there are insufficient available funds.

**Overdrafts.** You understand that we may, at our discretion, honor withdrawal requests that overdraw your account. However, the fact that we may honor withdrawal requests that overdraw the account balance does not obligate us to do so later. So you can NOT rely on us to pay overdrafts on your account regardless of how frequently or under what circumstances we have paid overdrafts on your account in the past. We can change our practice of paying overdrafts on your account without notice to you. You can ask us if we have other account services that might be available to you where we commit to paying overdrafts under certain circumstances, such as an overdraft protection line-of-credit or a plan to sweep funds from another account you have with us. You agree that we may charge fees for overdrafts. For consumer accounts, we will not charge fees for overdrafts caused by ATM withdrawals or one-time debit card transactions if you have not opted-in to that service. We may use subsequent deposits, including direct deposits of social security or other government benefits, to cover such overdrafts and overdraft fees.

**Multiple Signatures, Electronic Check Conversion, and Similar Transactions.** An electronic check conversion transaction is a transaction where a check or similar item is converted into an electronic fund transfer as defined in the Electronic Fund Transfers regulation. In these types of transactions the check or similar item is either removed from circulation (truncated) or given back to you. As a result, we have no opportunity to review the check to examine the signatures on the item. You agree that, as to these or any items as to which we have no opportunity to examine the signatures, you waive any requirement of multiple signatures.

**Notice of Withdrawal.** We reserve the right to require not less than 7 days' notice in writing before each withdrawal from an interest-bearing account other than a time deposit or demand deposit, or from any other savings account as defined by Regulation D. (The law requires us to reserve this right, but it is not our general policy to use it.) Withdrawals from a time account prior to maturity or prior to any notice period may be restricted and may be subject to penalty. See your notice of penalty for early withdrawal.

**(6) Ownership of Account and Beneficiary Designation.** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account.** This is an account in the name of one person.

**Joint Account - With Survivorship** *(And Not As Tenants In Common)*. This is an account in the name of two or more persons. Each of you intend that when you die the balance in the account (subject to any previous pledge to which we have agreed) will belong to the survivor(s). If two or more of you survive, you will own the balance in the account as joint tenants with survivorship and not as tenants in common.

**Joint Account - No Survivorship** *(As Tenants In Common)*. This is owned by two or more persons, but none of you intend (merely by opening this account) to create any right of survivorship in any other person. We encourage you to agree and tell us in writing of the percentage of the deposit contributed by each of you. This information will not, however, affect the "number of signatures" necessary for withdrawal.

**Revocable Trust Account/In Trust For** *(pursuant to the Multiple Party Account statutes in Indiana Code ch. 32-17-11 et. seq.)*. If two or more of you create this type of account, you own the account jointly with survivorship. Beneficiaries cannot withdraw unless: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, beneficiaries will own this account in equal shares, without right of survivorship. The person(s) creating this account type may: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**Pay-on-Death Account with LDPS** *(pursuant to the Transfer on Death Property Act statutes in Indiana Code ch. 32-17-14 et. seq.)*. If two or more of you create this type of account, you own the account jointly with

Terms and Conditions-IN
Bankers Systems™ VMP ®
Wolters Kluwer Financial Services © 2016

TC-IN 12/1/2016

FMB Indiana Consumer Disclosure Booklet - Revised 03/2017

Page 3

survivorship. Beneficiaries cannot withdraw unless all persons creating the account die. If a named beneficiary does not survive all persons that created the account, that beneficiary's right to a transfer on death transfer belongs to that beneficiary's lineal descendants per stirpes (LDPS) who survive all persons that created the account. LDPS means that group of people that are the lineal descendants of a beneficiary who will take, in place of the beneficiary these have survived, the beneficiary's share as determined under Indiana law. In order for a lineal descendant to take in place of a beneficiary, the lineal descendant must survive the death of that beneficiary. The person(s) creating this account type may: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**Pay-on-Death Account No LDPS** *(pursuant to the Transfer on Death Property Act statutes in Indiana Code ch. 32-17-14 et. seq.).* If two or more of you create this type of account, you own the account jointly with survivorship. Beneficiaries cannot withdraw unless: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, beneficiaries will own this account in equal shares unless otherwise designated in writing, without right of survivorship. The person(s) creating this account type may: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**Additional Transfer on Death Property Act Rules.** If there are multiple primary beneficiaries and a primary beneficiary does not survive all persons creating the account and does not have a substitute under the LDPS rules, the share of the nonsurviving primary beneficiary is allocated among the surviving primary beneficiaries in the proportion that their shares bear to each other. If there are no surviving primary beneficiaries and there are no substitutes for the nonsurviving primary beneficiaries under the LDPS rules, the property belongs to the surviving contingent beneficiaries in equal shares or according to the percentages or fractional shares stated in the designation. If there are multiple contingent beneficiaries and a contingent beneficiary does not survive all persons creating the account and does not have a substitute under the LDPS rules, the share of the nonsurviving contingent beneficiary is allocated among the surviving contingent beneficiaries in the proportion that their shares bear to each other. If no beneficiary survives all persons creating the account, the property belongs to the estate of the owner unless directed to a substitute beneficiary under the LDPS rules.

**(7) Business, Organization, and Association Accounts.** Earnings in the form of interest, dividends, or credits will be paid only on collected funds, unless otherwise provided by law or our policy. You represent that you have the authority to open and conduct business on this account on behalf of the entity. We may require the governing body of the entity opening the account to give us a separate authorization telling us who is authorized to act on its behalf. We will honor the authorization until we actually receive written notice of a change from the governing body of the entity.

**(8) Stop Payments.** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee.

You may stop payment on any item drawn on your account whether you sign the item or not. Your stop payment order is effective for six months if it is given to us in writing or by another type of record (Generally, a "record" is information that is stored in such a way that it can be retrieved and can be heard or read and understood - you can ask us what type of stop payment records you can give us). Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. If the original stop-payment order was oral your stop-payment order will lapse after 14 calendar days if it is not confirmed in writing or by another type of record within that time period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**(9) Telephone Transfers.** A telephone transfer of funds from this account to another account with us, if otherwise arranged for or permitted, may be made by the same persons and under the same conditions generally applicable to withdrawals made in writing. Unless a different limitation is disclosed in writing, we restrict the number of transfers from a savings account to another account or to third parties, to a maximum of six per month (less the number of "preauthorized transfers" during the month). Other account transfer restrictions may be described elsewhere.

**(10) Amendments and Termination.** We may change any term of this agreement. Rules governing changes in interest rates are provided separately in the Truth-in-Savings disclosure or in another document. For other changes, we will give you reasonable notice in writing or by any other method permitted by law. We may also close this account at any time upon reasonable notice to you and tender of the account balance personally or by mail. Items presented for payment after the account is closed may be dishonored. When you close your account, you are responsible for leaving enough money in the account to cover any outstanding items to be paid from the account. Reasonable notice depends on the circumstances, and in some cases such as when we cannot verify your identity or we suspect fraud, it might be reasonable for us to give you notice after the change or account closure becomes effective. For instance, if we suspect fraudulent activity with respect to your account, we might immediately freeze or close your account and then give you notice. If we have notified you of a change in any term of your account and you continue to have your account after the effective date of the change, you have agreed to the new term(s).

**(11) Notices.** Any written notice you give us is effective when we actually receive it, and it must be given to us according to the specific delivery instructions provided elsewhere, if any. We must receive it in time to have a reasonable opportunity to act on it. If the notice is regarding a check or other item, you must give us sufficient information to be able to identify the check or item, including the precise check or item number, amount, date and payee. Written notice we give you is effective when it is deposited in the United States Mail with proper postage and addressed to your mailing address we have on file. Notice to any of you is notice to all of you.

**(12) Statements.**

**Your Duty to Report Unauthorized Signatures, Alterations, and Forgeries.** You must examine your statement of account with "reasonable promptness." If you discover (or reasonably should have discovered) any unauthorized signatures or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we substantially contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations or forgeries in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

Terms and Conditions-IN
Bankers Systems™ VMP ®
Wolters Kluwer Financial Services © 2016

TC-IN 12/1/2016

FMB Indiana Consumer Disclosure Booklet - Revised 03/2017

Page 4

**Your Duty to Report Other Errors.** In addition to your duty to review your statements for unauthorized signatures, alterations and forgeries, you agree to examine your statement with reasonable promptness for any other error - such as an encoding error. In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing endorsements or any other problems. You agree that the time you have to examine your statement and items and report to us will depend on the circumstances. However, this time period shall not exceed 60 days. Failure to examine your statement and items and report any errors to us within 60 days of when we first send or make the statement available precludes you from asserting a claim against us for any errors on items identified in that statement and as between you and us the loss will be entirely yours.

**Errors Relating to Electronic Fund Transfers or Substitute Checks** *(For consumer accounts only).* For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**(13) Direct Deposits.** If we are required for any reason to reimburse the federal government for all or any portion of a benefit payment that was directly deposited into your account, you authorize us to deduct the amount of our liability to the federal government from the account or from any other account you have with us, without prior notice and at any time, except as prohibited by law. We may also use any other legal remedy to recover the amount of our liability.

**(14) Temporary Account Agreement.** If the account documentation indicates that this is a temporary account agreement, each person who signs to open the account or has authority to make withdrawals (except as indicated to the contrary) may transact business on this account. However, we may at some time in the future restrict or prohibit further use of this account if you fail to comply with the requirements we have imposed within a reasonable time.

**(15) Setoff.** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**(16) Check Processing.** We process items mechanically by relying solely on the information encoded in magnetic ink along the bottom of the items. This means that we do not individually examine all of your items to determine if the item is properly completed, signed and endorsed or to determine if it contains any information other than what is encoded in magnetic ink. You agree that we have exercised ordinary care if our automated processing is consistent with general banking practice, even though we do not inspect each item. Because we do not inspect each item, if you write a check to multiple payees, we can properly pay the check regardless of the number of endorsements unless you notify us in writing that the check requires multiple endorsements. We must receive the notice in time for us to have a reasonable opportunity to act on it, and you must tell us the precise date of the check, amount, check number and payee. We are not responsible for any unauthorized signature or alteration that would not be identified by a reasonable inspection of the item. Using an automated process helps us keep costs down for you and all account holders.

**(17) Check Cashing.** We may charge a fee for anyone that does not have an account with us who is cashing a check, draft or other instrument written on your account. We may also require reasonable identification to cash such a check, draft or other instrument. We can decide what identification is reasonable under the circumstances and such identification may be documentary or physical and may include collecting a thumbprint or fingerprint.

**(18) Truncation, Substitute Checks, and Other Check Images.** If you truncate an original check and create a substitute check, or other paper or electronic image of the original check, you warrant that no one will be asked to make payment on the original check, a substitute check or any other electronic or paper image, if the payment obligation relating to the original check has already been paid. You also warrant that any substitute check you create conforms to the legal requirements and generally accepted specifications for substitute checks. You agree to retain the original check in conformance with our internal policy for retaining original checks. You agree to indemnify us for any loss we may incur as a result of any truncated check transaction you initiate. We can refuse to accept substitute checks that have not previously been warranted by a bank or other financial institution in conformance with the Check 21 Act. Unless specifically stated in a separate agreement between you and us, we do not have to accept any other electronic or paper image of an original check.

**(19) Remotely Created Checks.** Like any standard check or draft, a remotely created check (sometimes called a telecheck, preauthorized draft or demand draft) is a check or draft that can be used to withdraw money from an account. Unlike a typical check or draft, however, a remotely created check is not issued by the paying bank and does not contain the signature of the account owner (or a signature purported to be the signature of the account owner). In place of a signature, the check usually has a statement that the owner authorized the check or has the owner's name typed or printed on the signature line.

You warrant and agree to the following for every remotely created check we receive from you for deposit or collection: (1) you have received express and verifiable authorization to create the check in the amount and to the payee that appears on the check; (2) you will maintain proof of the authorization for at least 2 years from the date of the authorization, and supply us the proof if we ask; and (3) if a check is returned you owe us the amount of the check, regardless of when the check is returned. We may take funds from your account to pay the amount you owe us, and if there are insufficient funds in your account, you still owe us the remaining balance.

**(20) Unlawful Internet Gambling Notice.** Restricted transactions as defined in Federal Reserve Regulation GG are prohibited from being processed through this account or relationship. Restricted transactions generally include, but are not limited to, those in which credit, electronic fund transfers, checks, or drafts are knowingly accepted by gambling businesses in connection with the participation by others in unlawful Internet gambling.

**(21) ACH and Wire Transfers.** This agreement is subject to Article 4A of the Uniform Commercial Code - Fund Transfers as adopted in the state in which you have your account with us. If you originate a fund transfer and you identify by name and number a beneficiary financial institution, an intermediary financial institution or a beneficiary, we and every receiving or beneficiary financial institution may rely on the identifying number to make payment. We may rely on the number even if it identifies a financial institution, person or account other than the one named. You agree to be bound by automated clearing house association rules. These rules provide, among other things, that payments made to you, or originated by you, are provisional until final settlement is made through a Federal Reserve Bank or payment is otherwise made as provided in Article 4A-403(a) of the Uniform Commercial Code. If we do not receive such payment, we are entitled to a refund from you in the amount credited to your account and the party originating such payment will not be considered to have paid the amount so credited. Credit entries may be made by ACH. If we receive a payment order to credit an account you have with us by wire or ACH, we are not required to give you any notice of the payment order or credit.

**(22) Facsimile Signatures.** Unless you make advance arrangements with us, we have no obligation to honor facsimile signatures on your checks or other orders. If we do agree to honor items containing facsimile signatures, you authorize us, at any time, to charge you for all checks, drafts, or other orders, for the payment of money, that are drawn on us. You give us this authority regardless of by whom or by what means the facsimile signature(s) may have been affixed so long as they resemble the facsimile signature specimen filed with us, and contain the required number of signatures for this purpose. You must notify us at once if you suspect that your facsimile signature is being or has been misused.

Terms and Conditions-IN
Bankers Systems™ VMP®
Wolters Kluwer Financial Services © 2016

TC-IN 12/1/2016

FMB Indiana Consumer Disclosure Booklet - Revised 03/2017

Page 5

**(23) Authorized Signer** *(Individual Accounts only)*. A single individual is the owner. The authorized signer is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the authorized signer may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the authorized signer. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf. The owner may terminate the authorization at any time, and the authorization is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the authorized signer until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an authorized signer.

**(24) Restrictive Legends or Endorsements.** The automated processing of the large volume of checks we receive prevents us from inspecting or looking for restrictive legends, restrictive endorsements or other special instructions on every check. Examples of restrictive legends placed on checks are "must be presented within 90 days" or "not valid for more than $1,000.00." The payee's signature accompanied by the words "for deposit only" is an example of a restrictive endorsement. For this reason, we are not required to honor any restrictive legend or endorsement or other special instruction placed on checks you write unless we have agreed in writing to the restriction or instruction. Unless we have agreed in writing, we are not responsible for any losses, claims, damages, or expenses that result from your placement of these restrictions or instructions on your checks.

**(25) Account Transfer.** This account may not be transferred or assigned without our prior written consent.

**(26) Endorsements.** We may accept for deposit any item payable to you or your order, even if they are not endorsed by you. We may give cash back to any one of you. We may supply any missing endorsement(s) for any item we accept for deposit or collection, and you warrant that all endorsements are genuine.

To ensure that your check or share draft is processed without delay, you must endorse it (sign it on the back) in a specific area. Your entire endorsement (whether a signature or a stamp) along with any other endorsement information (e.g., additional endorsements, ID information, driver's license number, etc.) must fall within 1 1/2" of the "trailing edge" of a check. Endorsements must be made in blue or black ink, so that they are readable by automated check processing equipment.

As you look at the front of a check, the "trailing edge" is the left edge. When you flip the check over, be sure to keep all endorsement information within 1 1/2" of that edge.



FRONT OF CHECK

TRAILING EDGE

YOUR ENDORSEMENT MUST BE WITHIN THIS AREA

Keep your endorsement out of this area.

BACK OF CHECK

It is important that you confine the endorsement information to this area since the remaining blank space will be used by others in the processing of the check to place additional needed endorsements and information. You agree that you will

indemnify, defend, and hold us harmless for any loss, liability, damage or expense that occurs because your endorsement, another endorsement, or information you have printed on the back of the check obscures our endorsement. These endorsement guidelines apply to both personal and business checks.

**(27) Death or Incompetence.** You agree to notify us promptly if any person with a right to withdraw funds from your account(s) dies or is adjudicated (determined by the appropriate official) incompetent. We may continue to honor your checks, items, and instructions until: (a) we know of your death or adjudication of incompetence, and (b) we have had a reasonable opportunity to act on that knowledge. You agree that we may pay or certify checks drawn on or before the date of death or adjudication of incompetence for up to ten (10) days after your death or adjudication of incompetence unless ordered to stop payment by someone claiming an interest in the account.

**(28) Fiduciary Accounts.** Accounts may be opened by a person acting in a fiduciary capacity. A fiduciary is someone who is appointed to act on behalf of and for the benefit of another. We are not responsible for the actions of a fiduciary, including the misuse of funds. This account may be opened and maintained by a person or persons named as a trustee under a written trust agreement, or as executors, administrators, or conservators under court orders. You understand that by merely opening such an account, we are not acting in the capacity of a trustee in connection with the trust nor do we undertake any obligation to monitor or enforce the terms of the trust or letters.

**(29) Credit Verification.** You agree that we may verify credit and employment history by any necessary means, including preparation of a credit report by a credit reporting agency.

**(30) Legal Actions Affecting Your Account.** If we are served with a subpoena, restraining order, writ of attachment or execution, levy, garnishment, search warrant, or similar order relating to your account (termed "legal action" in this section), we will comply with that legal action. Or, in our discretion, we may freeze the assets in the account and not allow any payments out of the account until a final court determination regarding the legal action. We may do these things even if the legal action involves less than all of you. In these cases, we will not have any liability to you if there are insufficient funds to pay your items because we have withdrawn funds from your account or in any way restricted access to your funds in accordance with the legal action. Any fees or expenses we incur in responding to any legal action (including, without limitation, attorneys' fees and our internal expenses) may be charged against your account. The list of fees applicable to your account(s) provided elsewhere may specify additional fees that we may charge for certain legal actions.

**(31) Security.** It is your responsibility to protect the account numbers and electronic access devices (e.g., an ATM card) we provide you for your account(s). Do not discuss, compare, or share information about your account number(s) with anyone unless you are willing to give them full use of your money. An account number can be used by thieves to issue an electronic debit or to encode your number on a false demand draft which looks like and functions like an authorized check. If you furnish your access device and grant actual authority to make transfers to another person (a family member or coworker, for example) who then exceeds that authority, you are liable for the transfers unless we have been notified that transfers by that person are no longer authorized. Your account number can also be used to electronically remove money from your account, and payment can be made from your account even though you did not contact us directly and order the payment. You must also take precaution in safeguarding your blank checks. Notify us at once if you believe your checks have been lost or stolen. As between you and us, if you are negligent in safeguarding your checks, you must bear the loss entirely yourself or share the loss with us (we may have to share some of the loss if we failed to use ordinary care and if we substantially contributed to the loss).

Except for consumer electronic funds transfers subject to Regulation E, you agree that if we offer you services appropriate for your account to help identify and limit fraud or other unauthorized transactions against your account, such as positive pay or commercially reasonable security procedures, and you reject those services, you will be responsible for any fraudulent or unauthorized transactions which could have been prevented by the services we offered, unless we acted in bad faith or to the extent our negligence contributed to the loss. If we offered you a commercially reasonable security procedure which you reject, you agree that you are responsible for any payment order, whether authorized or not, that we accept in compliance with an alternative security procedure that you have selected.

Terms and Conditions-IN
Bankers Systems™ VMP ®
Wolters Kluwer Financial Services © 2016

TC-IN 12/1/2016

FMB Indiana Consumer Disclosure Booklet - Revised 03/2017

Page 6

**(32) Telephonic Instructions.** Unless required by law or we have agreed otherwise in writing, we are not required to act upon instructions you give us via facsimile transmission or leave by voice mail or on a telephone answering machine.

**(33) Monitoring and Recording Telephone Calls and Consent to Receive Communications.** We may monitor or record phone calls for security reasons, to maintain a record and to ensure that you receive courteous and efficient service. You consent in advance to any such recording. We need not remind you of our recording before each phone conversation.

To provide you with the best possible service in our ongoing business relationship for your account we may need to contact you about your account from time to time by telephone, text messaging or email. However, we must first obtain your consent to contact you about your account because we must comply with the consumer protection provisions in the federal Telephone Consumer Protection Act of 1991 (TCPA), CAN-SPAM Act and their related federal regulations and orders issued by the Federal Communications Commission (FCC).

- Your consent is limited to this account, and as authorized by applicable law and regulations.
- Your consent does not authorize us to contact you for telemarketing purposes (unless you otherwise agreed elsewhere).

With the above understandings, you authorize us to contact you regarding this account throughout its existence using any telephone numbers or email addresses that you have previously provided to us or that you may subsequently provide to us.

This consent is regardless of whether the number we use to contact you is assigned to a landline, a paging service, a cellular wireless service, a specialized mobile radio service, other radio common carrier service or any other service for which you may be charged for the call. You further authorize us to contact you through the use of voice, voice mail and text messaging, including the use of pre-recorded or artificial voice messages and an automated dialing device.

If necessary, you may change or remove any of the telephone numbers or email addresses at any time using any reasonable means to notify us.

**(34) Claim of Loss.** If you claim a credit or refund because of a forgery, alteration, or any other unauthorized withdrawal, you agree to cooperate with us in the investigation of the loss, including giving us an affidavit containing whatever reasonable information we require concerning your account, the transaction, and the circumstances surrounding the loss. You will notify law enforcement authorities of any criminal act related to the claim of loss, missing, or stolen checks or unauthorized withdrawals. We will have a reasonable period of time to investigate the facts and circumstances surrounding any claim of loss. Unless we have acted in bad faith, we will not be liable for special or consequential damages, including loss of profits or opportunity, or for attorneys' fees incurred by you. You agree that you will not waive any rights you have to recover your loss against anyone who is obligated to repay, insure, or otherwise reimburse you for your loss. You will pursue your rights or, at our option, assign them to us so that we may pursue them. Our liability will be reduced by the amount you recover or are entitled to recover from these other sources.

**(35) Early Withdrawal Penalties** *(and involuntary withdrawals).* We may impose early withdrawal penalties on a withdrawal from a time account even if you don't initiate the withdrawal. For instance, the early withdrawal penalty may be imposed if the withdrawal is caused by our setoff against funds in the account or as a result of an attachment or other legal process. We may close your account and impose the early withdrawal penalty on the entire account balance in the event of a partial early withdrawal. See your notice of penalty for early withdrawals for additional information.

**(36) Address or Name Changes.** You are responsible for notifying us of any change in your address or your name. Unless we agree otherwise, change of address or name must be made in writing by at least one of the account holders. Informing us of your address or name change on a check reorder form is not sufficient. We will attempt to communicate with you only by use of the most recent address you have provided to us. If provided elsewhere, we may impose a service fee if we attempt to locate you.

**(37) Resolving Account Disputes.** We may place an administrative hold on the funds in your account (refuse payment or withdrawal of the funds) if it becomes subject to a claim adverse to (1) your own interest; (2) others claiming an interest as survivors or beneficiaries of your account; or (3) a claim arising by operation of law. The hold may be placed for such period of time as we believe reasonably necessary to allow a legal proceeding to determine the merits of the claim or until we receive evidence satisfactory to us that the dispute has been resolved. We will not be liable for any items that are dishonored as a consequence of placing a hold on funds in your account for these reasons.

**(38) Waiver of Notices.** To the extent permitted by law, you waive any notice of non-payment, dishonor or protest regarding any items credited to or charged against your account. For example, if you deposit a check and it is returned unpaid or we receive a notice of nonpayment, we do not have to notify you unless required by federal Regulation CC or other law.

**(39) Additional Terms.**

**ADDRESS OR NAME CHANGES.** Any notice we mail to you (or email to you if you've told us to communicate with you electronically) will be binding if sent to the last (postal or electronic) address in our records. We may change your address if we receive an address change notice from the U.S. Postal Service or if a company in the business of providing correct addresses informs us that the address in our records no longer matches your address.

**NOTICES.** Written notice we give you is effective when it is deposited in the United States Mail with proper postage and addressed to your mailing address we have on file or when permitted by law, we provide you notice by e-mail at the e-mail address we have on file.

**ARBITRATION AND WAIVER OF JURY TRIAL.** ALL DISPUTES OR CLAIMS PERTAINING TO THE SERVICE, A SERVICE ACCOUNT OR THE RELATIONSHIPS THAT ARISE THERE FROM, WHETHER BASED IN CONTRACT, TORT OR OTHERWISE, SHALL BE RESOLVED BY BINDING ARBITRATION UNDER THE EXPEDITED PROCEDURES OF THE COMMERCIAL FINANCIAL DISPUTES ARBITRATION RULES OF THE AMERICAN ARBITRATION ASSOCIATION (AAA) AND THE FEDERAL ARBITRATION ACT IN TITLE 9 OF THE US CODE. ARBITRATION HEARINGS WILL BE HELD IN THE STATE OF INDIANA IN A CITY OF FIRST MERCHANTS BANK CHOOSING. A SINGLE ARBITRATOR WILL BE APPOINTED BY THE AAA AND WILL BE AN ATTORNEY OR A RETIRED JUDGE WITH EXPERIENCE AND KNOWLEDGE IN BANKING TRANSACTIONS. ANY ISSUE CONCERNING WHETHER OR THE EXTENT TO WHICH A DISPUTE OR CLAIM IS SUBJECT TO ARBITRATION, INCLUDING BUT NOT LIMITED TO ISSUES RELATING TO THE VALIDITY OR ENFORCEABILITY OF THESE ARBITRATION PROVISIONS, SHALL BE DETERMINED BY THE ARBITRATOR. ALL STATUTES OF LIMITATIONS OR OTHER DEFENSES RELATING TO THE TIMELINESS OF THE ASSERTION OF A DISPUTE OR CLAIM THAT OTHERWISE WOULD BE APPLICABLE TO AN ACTION BROUGHT IN A COURT OF LAW SHALL BE APPLICABLE IN ANY SUCH ARBITRATION, AND THE COMMENCEMENT OF AN ARBITRATION UNDER THIS AGREEMENT SHALL BE DEEMED THE COMMENCEMENT OF AN ACTION FOR SUCH PURPOSES. NO PROVISION OF THIS PARAGRAPH SHALL RESTRICT THE ABILITY OF ANY PERSON TO EXERCISE ALL RIGHTS AND REMEDIES AVAILABLE UNDER APPLICABLE LAW OR THIS AGREEMENT; PROVIDED, HOWEVER, THAT THE EXERCISE OF THOSE RIGHTS OR REMEDIES IS SUBJECT TO THE RIGHT OF ANY OTHER PERSON TO DEMAND ARBITRATION AS PROVIDED HEREIN. THE COMMENCEMENT OF LEGAL ACTION BY A PERSON ENTITLED TO DEMAND ARBITRATION DOES NOT WAIVE THE RIGHT OF THAT PERSON TO DEMAND ARBITRATION WITH RESPECT TO ANY COUNTERCLAIM OR OTHER CLAIM. A PERSON ENTITLED OR OBLIGATED TO DEMAND ARBITRATION SHALL NOT BE PERMITTED TO ASSERT A DISPUTE OR CLAIM THAT IS BROUGHT ON BEHALF OF ANY OTHER PERSON AND THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY DISPUTE OR CLAIM TO BE ARBITRATED AS, OR ON THE BASIS OF, A CLASS ACTION. SIMILARLY, AN ARBITRATION PROCEEDING UNDER THIS AGREEMENT MAY NOT BE CONSOLIDATED WITH OTHER ARBITRATIONS PROCEEDINGS. JUDGMENT UPON THE AWARD RENDERED IN ARBITRATION SHALL BE FINAL AND MAY BE ENTERED IN ANY COURT, STATE OR FEDERAL, HAVING JURISDICTION. IF A DISPUTE OR CLAIM IS NOT SUBJECT TO ARBITRATION FOR ANY REASON, THEN THE DISPUTE OR CLAIM SHALL BE DECIDED IN THE COURTS OF DELAWARE COUNTY, INDIANA, WITHOUT A JURY. YOU AND FIRST MERCHANTS BANK IRREVOCABLY WAIVE ALL RIGHTS TO TRIAL BY JURY.

Terms and Conditions-IN
Bankers Systems™ VMP ®
Wolters Kluwer Financial Services © 2016

TC-IN 12/1/2016

FMB Indiana Consumer Disclosure Booklet - Revised 03/2017

Page 7

# CONSUMER ACCOUNTS ONLY
# ELECTRONIC FUND TRANSFERS
### YOUR RIGHTS AND RESPONSIBILITIES

The Electronic Fund Transfers we are capable of handling for consumers are indicated below, some of which may not apply to your account. Some of these may not be available at all terminals. Please read this disclosure carefully because it tells you your rights and obligations for these transactions. You should keep this notice for future reference.

## TYPES OF TRANSFERS, FREQUENCY AND DOLLAR LIMITATIONS

☒ **(a) Prearranged Transfers.**
  ☒ Preauthorized credits. You may make arrangements for certain deposits to be accepted into your ☒ checking and/or ☒ savings account(s).
  ☒ Preauthorized payments. You may make arrangements to pay certain recurring bills from your ☒ checking and/or ☒ savings account(s).

☒ **(b) Telephone Transfers.** You may access your accounts(s) by telephone at 800-473-5055 using a touch tone phone, your account numbers, and SSN and PIN (personal ID) to:
  ☒ Transfer funds from checking to savings.
  ☒ Transfer funds from savings to checking.
  ☒ Transfer funds from checking to checking.
  ☒ Transfer funds from savings to savings.
  ☒ Make payments from checking to loan accounts with us.
  ☒ Make payments from savings to loans.
  ☒ Get checking account(s) information.
  ☒ Get savings account(s) information.
  ☒ Get withdrawal history about checking & savings.
  ☒ Get deposit history about checking & savings.

☒ **(c) ATM Transfers.** You may access your account(s) by ATM using your 24 hour card and personal identification number to:
  ☒ Make deposits to checking accounts.
  ☒ Make deposits to savings accounts.
  ☒ Get cash withdrawals from checking accounts. You may withdraw no more than 1000.00 per day.
  ☒ Get cash withdrawals from savings accounts. You may withdraw no more than 1000.00 per day.
  ☒ Transfer funds from savings to checking.
  ☒ Transfer funds from checking to savings.
  ☒ Make payments from checking account to loans.
  ☒ Make payments from savings to loans.
  ☒ Get checking account(s) information.
  ☒ Get savings account(s) information.

☒ **(d) Point-Of-Sale Transactions.**
Using your card:
  ☒ You may access your checking account to purchase goods (☒ in person, ☒ by phone, ☒ by computer), pay for services (☒ in person, ☒ by phone, ☒ by computer), get cash from a merchant, if the merchant permits, or from a participating financial institution, and do anything that a participating merchant will accept.
  ☒ You may not exceed more than $3005.00 in transactions per day.

☒ **(e) Computer Transfers.** You may access your account(s) by computer at www.firstmerchants.com and using your User ID & Password to:
  ☒ Transfer funds from checking to savings.
  ☒ Transfer funds from savings to checking.
  ☒ Transfer funds from checking to checking, loans & 3rd party.
  ☒ Transfer funds from savings to savings, loans & 3rd party.
  ☒ Make payments from checking to loan accounts with us.
  ☒ Make payments from savings to loan accounts & 3rd Party.
  ☒ Get checking account(s) information.
  ☒ Get savings account(s) information.
  ☒ Get withdrawal history about ck, sv, loans & 3rd party.
  ☒ Get deposit history about ck, sv, loans & 3rd party.

☒ **(f) Mobile Banking Transfers.** You may access your account(s) by web-enabled mobile device through text banking, mobile web or mobile apps. and using your Mobile ID and PIN to:
  ☒ Transfer funds from checking to savings.
  ☒ Transfer funds from savings to checking.
  ☒ Transfer funds from checking to checking.
  ☒ Transfer funds from savings to savings.
  ☒ Make payments from checking to loan accounts with us.
  ☒ Make payments from savings to loans.
  ☒ Get checking account(s) information.
  ☒ Get savings account(s) information.
  ☒ You may be charged access fees by your cell phone provider based on your individual plan. Web access is needed to use this service. Check with your cell phone provider for details on specific fees and charges.

☒ **(g) Electronic Funds Transfer Initiated By Third Parties.** You may authorize a third party to initiate electronic fund transfers between your account and the third party's account. These transfers to make or receive payment may be one-time occurrences or may recur as directed by you. These transfers may use the Automated Clearing House (ACH) or other payments network. Your authorization to the third party to make these transfers can occur in a number of ways. For example, your authorization to convert a check to an electronic fund transfer or to electronically pay a returned check charge can occur when a merchant provides you with notice and you go forward with the transaction (typically, at the point of purchase, a merchant will post a sign and print the notice on a receipt). In all cases, these third party transfers will require you to provide the third party with your account number and financial institution information. This information can be found on your check as well as on a deposit or withdrawal slip. Thus, you should only provide your financial institution and account information (whether over the phone, the Internet, or via some other method) to trusted third parties whom you have authorized to initiate these electronic fund transfers. Examples of these transfer include, but are not limited to:

☒ **Electronic check conversion.** You may authorize a merchant or other payee to make a one-time electronic payment from your checking account using information from your check to pay for purchases or pay bills. You may:
  ☐ Not exceed more than _____ payments by electronic check per _____.
  ☐ Make payments by electronic check from _____. Payments are limited to .00 per _____.

☐ **Electronic returned check charge.** You may authorize a merchant or other payee to initiate an electronic fund transfer to collect a charge in the event a check is returned for insufficient funds. You may:
  ☐ Make no more than _____ payments per _____ for electronic payment of charges for checks returned for insufficient funds.
  ☐ Make electronic payment of charges for checks returned for insufficient funds from _____. Payments are limited to .00 per _____.

Electronic Fund Transfers Disclosure
Bankers Systems™ VMP ®
Wolters Kluwer Financial Services © 2011

FMB Indiana Consumer Disclosure Booklet - Revised 03/2017

ETM-2-LAZ 10/17/2014

Page 8

## GENERAL LIMITATIONS

In addition to those limitations on transfers elsewhere described, if any, the following limitations apply:

☒ Transfers or withdrawals from a savings/MM type account to another account of yours or to a third party by means of a preauthorized or automatic transfer or telephone order or instruction, computer transfer, or by check, draft, debit card or similar order to a third party, are limited to six per month. If you exceed the transfer limitations set forth above, your account shall be subject to closure.

## FEES

☐ We charge .00 each _____ to our customers whose accounts are set up to use _____.

☐ We charge .00 each _____ but only if the _____ balance in the _____ falls below .00 during the _____.

☒ ATM transaction conducted at non First Merchants Corp ATM $2.00 per withdrawal.

☒ ATM or Debit Card replacement fee $10.00 per card.

Except as indicated above, we do not charge for Electronic Fund Transfers.

**ATM Operator/Network Fees:** When you use an ATM not owned by us, you may be charged a fee by the ATM operator or any network used (and you may be charged a fee for a balance inquiry even if you do not complete a fund transfer).

## DOCUMENTATION

**(a) Terminal Transfers.** You can get a receipt at the time you make a transfer to or from your account using a(n)

☒ automated teller machine

☒ point-of-sale terminal

☒ You may not get a receipt if the amount of the transfer is $15 or less.

**(b) Preauthorized Credits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the telephone number listed at the end of this disclosure to find out whether or not the deposit has been made.

**(c) In addition,**

☒ You will get a monthly account statement from us, unless there are no transfers in a particular month. In any case you will get a statement at least quarterly.

☐ You will get a quarterly statement from us on your savings account if the only possible electronic transfer to or from the account is a preauthorized credit.

☐ If you bring your passbook to us, we will record any electronic deposits that were made to your account since the last time you brought in your passbook.

☐ _____
_____
_____
_____

## PREAUTHORIZED PAYMENTS

**(a) Right to stop payment and procedure for doing so.** If you have told us in advance to make regular payments out of your account, you can stop any of these payments. Here's how:

Call or write us at the telephone or address listed in this disclosure, in time for us to receive your request 3 business days or more before the payment is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call.

☒ We charge $37.00 for each stop payment.

**(b) Notice of varying amounts.** If these regular payments may vary in amount, the person you are going to pay will tell you, 10 days before each payment, when it will be made and how much it will be. (You may choose instead to get this notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set).

**(c) Liability for failure to stop payment of preauthorized transfer.** If you order us to stop one of these payments 3 business days or more before the transfer is scheduled, and we do not do so, we will be liable for your losses or damages.

## FINANCIAL INSTITUTIONS'S LIABILITY

**(a) Liability for failure to make transfers.** If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:

◆ If, through no fault of ours, you do not have enough money in your account to make the transfer.

◆ If the transfer would go over the credit limit on your overdraft line.

◆ If the automated teller machine where you are making the transfer does not have enough cash.

◆ If the terminal or system was not working properly and you knew about the breakdown when you started the transfer.

◆ If circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions that we have taken.

◆ There may be other exceptions stated in our agreement with you.

## CONFIDENTIALITY

We will disclose information to third parties about your account or the transfers you make:

(1) where it is necessary for completing transfers; or

(2) in order to verify the existence and condition of your account for a third party, such as a credit bureau or merchant; or

(3) in order to comply with government agency or court orders; or

(4) ☐ if you give us written permission.

☒ as explained in the separate Privacy Disclosure.

## UNAUTHORIZED TRANSFERS

**(a) Consumer Liability.** Tell us at once if you believe your card and/or code has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission using information from your check. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus your maximum overdraft line of credit). If you tell us within 2 business days after you learn of the loss or theft of your card and/or code, you can lose no more than $50 if someone used your card and/or code without your permission. Also, if you do NOT tell us within 2 business days after you learn of the loss or theft of your card and/or code, and we can prove we could have stopped someone from using your card and/or code without your permission if you had told us, you could lose as much as $500. Also, if your statement shows transfers that you did not make, including those made by card, code or other means, tell us at once. If you do not tell us within 60 days after the statement was mailed to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time.

If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time period.

☒ **MasterCard® Debit Card.** Additional Limits on Liability for

_____

You will not be liable for any unauthorized transactions using your MasterCard debit card, if: (i) you can demonstrate that you have exercised reasonable care in safeguarding your card from the risk of loss or theft, (ii) upon becoming aware of a loss or theft, you promptly report the loss or theft to us. MasterCard is a registered trademark of MasterCard International Incorporated.

Electronic Fund Transfers Disclosure
Bankers Systems™ VMP ®
Wolters Kluwer Financial Services © 2011

FMB Indiana Consumer Disclosure Booklet - Revised 03/2017

ETM-2-LAZ  10/17/2014

Page 9

**(b)   Contact in event of unauthorized transfer.**  If you believe your card and/or code has been lost or stolen, call or write us at the telephone number or address listed at the end of this disclosure. You should also call the number or write to the address listed at the end of this disclosure if you believe a transfer has been made using the information from your check without your permission.

## ERROR RESOLUTION NOTICE

In Case of Errors or Questions About Your Electronic Transfers, Call or Write us at the telephone number or address at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1)   Tell us your name and account number (if any).

(2)   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3)   Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made, if you are a new customer.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

## ADDITIONAL INFORMATION:

POS daily withdrawal limits are separate from and not inclusive of daily cash withdrawal limits.

---

**INSTITUTION** (name, address, telephone number, business days)

FIRST MERCHANTS BANK
PO BOX 792
MUNCIE, IN 47308-0792

Monday, Tuesday, Wednesday, Thursday and Friday
Exclude Holidays

FIRST MERCHANTS BANK - 800-205-3464
LAFAYETTE BANK & TRUST - 800-755-2491

Electronic Fund Transfers Disclosure
Bankers Systems™ VMP ®
Wolters Kluwer Financial Services © 2011
FMB Indiana Consumer Disclosure Booklet - Revised 03/2017

ETM-2-LAZ  10/17/2014

Page 10

# Attention personal checking customers:

*If your accounts are not protected with Overdraft Protection Transfers or a Ready Reserve Line of Credit,
then when you use your debit card without sufficient funds in your account, that transaction will be declined.
You may avoid this situation ONLY if you authorize us to pay these types of transactions. Your authorization is called
"Opting In." Opting In must be authorized by you and may be withdrawn by you at any time.*



## What You Need to Know about Overdrafts and Overdraft Fees

An <u>overdraft</u> occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We can cover your overdrafts in different ways:



1. We have our **standard overdraft practice** that we apply to your account. (See below)
2. We also offer Overdraft Protection Options, which include:
   **Overdraft Protection Transfers,** which link your account to a secondary checking, savings, money market or home equity line of credit; and
   **Ready Reserve Line of Credit,** an unsecured line of credit.
   To learn more, ask us about Overdraft Protection Options.



### <u>This Notice Explains First Merchants' Overdraft Practice</u>

**What is the standard overdraft practice that comes with my account?**
We <u>may</u> authorize and pay overdrafts for the following types of transactions:
  • Checks and other transactions made using your checking account number
  • Automatic bill payments
We <u>do not</u> authorize and pay overdrafts for the following types of transactions unless you request to "Opt In"(see below):
  • ATM transactions
  • Everyday debit card transactions

**First Merchants' overdraft practice:**
We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize and pay any type of transaction.

**What fees will I be charged if First Merchants Bank pays my overdraft?**
Under our overdraft practice:
  • We will charge you a fee of **up to $37** each time we pay an overdraft or return an item, with a limit of six charges per day.
  • Also, beginning on the fourth business day your account is overdrawn, **an $8 fee** may be charged each business day your account remains overdrawn. This charge is in addition to any Overdraft Item Fees or Returned Item Fees assessed. These fees will affect your account balance.
  • The $37 overdraft fee is not charged if the total overdraft is $5 or less.
  • Check your <u>available balance</u> regularly to avoid overdraft situations and/or to determine if you are in an overdraft status.

**How does First Merchants Bank post items to my account?**
(1) Deposits are credited to your account prior to posting any withdrawal. (2) The next items that we post are ATM withdrawals, debit card transactions*, and any checks cashed by our employees or that you have written to us, in the order in which they are received. (3) We then post any items that were submitted electronically, such as ACH items, preauthorized automatic transfers, telephone-initiated transfers and other electronic transfers, in the order in which they are received. (4) Finally, we pay the remaining items based on check number order.

  * *The amount of a debit card transaction is removed from your <u>available balance</u> in order to cover the transaction. This <u>available balance</u> is used to determine if you are in an overdraft status. There can be a delay of one or more business days before the transaction is actually presented to us for settlement. Therefore, there may be a short delay when the transaction actually appears on your statement.*

**What if I want First Merchants Bank to authorize and pay overdrafts on my ATM and everyday debit card transactions?**
If you want us to authorize and pay overdrafts on ATM and everyday debit card transactions, you must contact us in order to Opt In. This choice may be changed at any time by you. If you still have questions please contact us at 1.800.205.3464.

| **Call** | **Click** | **Visit** |
|---|---|---|
| 1.800.205.3464 | Send a secure message | any banking center |
| 7-8 M-F, 9-3 S | within our Online Banking system | to authorize this service |

FDIC

*First Merchants refers to all bank divisions within our company: First Merchants Bank and Lafayette Bank & Trust.*

PCHK-SHEET-OVERDRAFT-0516

Rev April 2016

| FACTS | WHAT DOES FIRST MERCHANTS BANK DO WITH YOUR PERSONAL INFORMATION? |
|---|---|

| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
|---|---|

| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>■ Social Security number and income<br>■ Account balances and transaction history<br>■ Credit history and credit scores<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
|---|---|

| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons First Merchants Bank chooses to share; and whether you can limit this sharing. |
|---|---|

| Reasons we can share your personal information | Does First Merchants Bank share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes—** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes—** information about your transactions and experiences | No | We don't share |
| **For our affiliates' everyday business purposes—** information about your creditworthiness | No | We don't share |
| **For our affiliates to market to you** | No | We don't share |
| **For nonaffiliates to market to you** | No | We don't share |

| Questions? | Please visit our website www.firstmerchants.com or call 800-205-3464. |
|---|---|

**Page 2**

## Who we are

| | |
|---|---|
| **Who is providing this notice?** | First Merchants Bank |

## What we do

| | |
|---|---|
| **How does First Merchants Bank protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does First Merchants Bank collect my personal information?** | We collect your personal information, for example, when you <br>■ open an account or deposit money <br>■ pay your bills or apply for a loan <br>■ use your credit or debit card <br> We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only <br>■ sharing for affiliates' everyday business purposes—information about your creditworthiness <br>■ affiliates from using your information to market to you <br>■ sharing for nonaffiliates to market to you <br> State laws and individual companies may give you additional rights to limit sharing. |

## Definitions

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies. <br>■ *First Merchants Bank does not share with our affiliates.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies. <br>■ *First Merchants Bank does not share with nonaffiliates so they can market to you.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. <br>■ *Our joint marketing partners include investment services and credit card companies.* |



# IMPORTANT INFORMATION ABOUT NEW PROCEDURES FOR OPENING AN ACCOUNT

## MANDATED BY THE <u>USA PATRIOT ACT</u>



To help the government fight the funding of terrorism and money laundering activities, the USA PATRIOT Act, a Federal law, requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account, including business accounts.

What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents. If you are opening an account on behalf of a business entity, documents relating to the business may also be requested.

Corporate Compliance Revised 10-13-08

# PERSONAL BANKING FEES

*Effective September 1, 2016*

## Debit/ATM Fees

| | |
|---|---|
| $ 10.00 | ATM or Debit Card Replacement |
| $ 2.00 | Foreign ATM[1] |
| $ 25.00 | Express Delivery Fee |
| Varies | International Fees[10] |

## Stop Payment/Returned Items

| | |
|---|---|
| $ 10.00 | Chargeback |
| $ 4.00 | Redeposit |
| $ 37.00 | Stop/Hold Fee |
| $ 37.00 | Insufficient Funds[2] |
| $ 37.00 | Overdraft[2] |
| $ 8.00 | 1st Continuous Overdraft Charge[3] |
| $ 8.00 | Recurring Overdraft Charge[4] |

## Statement Assistance

| | |
|---|---|
| $ 3.00 | Account Activity Printout (teller) |
| $ 10.00 | Duplicate/Special/Instant Statements |
| $ 30.00 | Reconciling Statement (per hour, one hour min.) |
| $ 30.00 | Research Fee (per hour, one hour min.) |
| $ 2.00 | Research Copies (per page) |
| $ 3.00 | Closed Account Copies (per page) |
| $ 3.00 | Non-Customer Request (per page) |
| $ 2.00 | Photocopy |
| $ 2.00 | Check Copy |
| Varies | Paper Statement Fee |

## Wire Transfers

| | |
|---|---|
| $ 15.00 | Incoming Wire |
| $ 25.00 | Outgoing Wire[5] |
| $ 20.00 | International Incoming Wire Fee[5] |
| $ 45.00 | International Outgoing Wire Fee[5] |

## Other

| | |
|---|---|
| $ 8.00 | Official Checks[6] |
| $ 15.00 | Official Checks (non-customer) |
| $ 4.00 | Money Order[6] |
| $ 6.00 | Money Order (non-customer) |
| $ 10.00 | ODP Immediate Transfer Charge |
| $ 6.00 | Telephone Transfer[7] |
| $ 50.00 | Early Closing Fee (within 180 days of opening) |
| $ 30.00 | Account Closing by Mail |
| $ 5.00 | Dormant Account Fee[8] |
| $ 25.00 | Escheatment Processing Fee |
| $100.00 | Tax Levy |
| $ 20.00 | Garnishments |
| $ 1.00 | Fax Fees (per page) |
| $ 25.00 | Payment of Collection Items |
| $ 19.95 | Overnight Check Payment (via Online Bill Pay) |
| $ 10.00 | Excess Tran[9] |
| $ 1.00 | PeoplePay - PayPal Fee |

[1]Inquiry, Transfer or Withdrawal transactions; [2]Fees may be created by check, in-person, ATM withdrawal, or other electronic transactions; [3]Charge will be assessed on the 4th business day the account is overdrawn. [4]Additional charge assessed beginning on 5th business day and continuing until a positive balance is achieved or the account is closed; [5]Additional fees may be charged by the domestic or international correspondent bank; [6]Free for certain account types; [7]Fee applies whether placed via Call Center or banking center staff; [8]A dormant account fee will be charged each month if, for 1 year previous for checking or 3 years previous for savings, there is no customer initiated activity or other indication in writing from you of an interest in the account; [9]Fee will be charged to Regular Savings or Money Market Savings customers per withdrawal in excess of 6 per calendar month or statement cycle (or similar period) of at least 4 weeks. [10]Charges determined by MasterCard®, Maestro® and Cirrus®.

# Contact Us

**First Merchants Bank and Lafayette Bank & Trust**

**Customer Service**: 1.800.205.3464 or 765.747.1382
(Mon.-Fri. 7:00 a.m.-7:00 p.m., Sat. 9:00 a.m.-1:00 p.m. Eastern Time)

**Lost or Stolen Debit Card:** 1.800.205.3464
*customerservice@firstmerchants.com*

**Business Solutions Center:** 1.866.833.0050
(Mon.-Fri. 7:00 a.m. to 7:00 p.m. Eastern Time)

**Telephone Banking:** 1.800.473.5055 (24 hours)

## First Merchants Trust Company

Customer Service: 1.866.238.0082 or 765.747.1300
(Mon.-Fri. 8:00 a.m.-5:00 p.m. Eastern Time)

## First Merchants Corporation

**Stockholder Inquiries:**
Cynthia G. Holaday
Shareholder Relations Officer
First Merchants Corporation
Phone: 765.741.7278 or 1.800.262.4261 ext.27278
E-mail: *shareholderrelations@firstmerchants.com*

**First Merchants Corporation Main Office**
200 E. Jackson Street
Muncie, IN 47305
765.747.1500

*www.firstmerchants.com*



# Personal Checking Truth in Savings Disclosure

For all stages of life, we have a checking account that is uniquely you. Our checking products come with great benefits and offer flexibility, security and many convenient locations. Most importantly, each checking account comes with unmatched personal service. In addition to all of the benefits offered on every personal checking account, below is a smart grid to help you determine which checking account best fits your unique needs.

All of our checking accounts have a low minimum opening deposit of $100†, plus they all come with these options:

- ▶ Free Debit Card†
- ▶ Free Gold Standard Rewards†
- ▶ Free Online Banking
- ▶ Free Telephone Banking
- ▶ Free Online Bill Pay**
- ▶ Free Mobile & Text Banking
- ▶ Free Access to All Our ATMS

† Certain restrictions may apply



## First Merchants Bank
THE STRENGTH OF BIG. THE SERVICE OF SMALL.

| | Eligibility | Earns Interest | CD Bonus | 2 NSF/OD Waived Items | Free Standard Classic / Deposits on Upgrade | 4 Money Orders & Official Checks | Discount on First Order / Box Customize | 25% Off Safe Deposit Box | 3 Free Program A TM Transactions | Discount / 0.25% Loan† | Monthly Service Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **FIRST ECHECKING** | | | | | | | | | ↘ | ↘ | ●Statements required for no monthly service fee. Paper Statements fee is $3. |
| **FIRST CHOICE** | | | | ↘ | ↘ | | | | ↘ | ↘ | There is no monthly balance requirement fee with a minimum balance of $2,200 or 10 Debit/ATM Transactions per cycle. For accounts that do not meet the minimum, there is a $3 balance requirement fee or an $8 balance requirement fee with Paper Statements and Images. |
| **FIRST VALUE** | | | | ↘ | ↘ | | | | ↘ | ↘ | There is a monthly maintenance fee of $5.50, $6.50 with Paper Statements, and $9.50 with Paper Statements and Images. |
| **FIRST PREFERRED** | | ↘ | ↘ | ↘ | ↘ | ↘ | ↘ | ↘ | ↘ | ↘ | There is no monthly balance requirement fee with a minimum balance of $3,000 or a $20,000 total deposit relationship. For accounts that do not meet the minimum, there is a $10 balance requirement fee, $20 balance requirement fee for Paper Statements, and a $12 balance requirement fee for Paper Statements and Images. |
| **FIRST SENIOR** | • For Customers 62 years of age or over | | | ↘ | ↘ | ↘ | ↘ | | ↘ | ↘ | ●Statements required for no monthly service fee. $1 for Paper Statements and $3 for Paper Statements and Images. |
| **FIRST STUDENT** | • For Students under 25 years of age | | | ↘ | ↘ First Order Only | | | | ↘ | ↘ | ●Statements required for no monthly service fee. Paper Statements is $3. Paper Checking or similar account. $3. At age 25 account will be converted to a First eChecking or similar account. |
| **FIRST DIRECT** | • For those whose employer has a benefit bank agreement with First Merchants Bank | | | | | | | | ↘ | PLUS 0.1% | There is a monthly Direct Deposit requirement of at least $200 to avoid a maintenance fee of $10 or $13 with Paper Statements. If you meet the monthly Direct Deposit requirement there is a $3 fee for Paper Statements. Multiple deposits of less than $200 will not qualify to waive the monthly maintenance fee. |

## DISCLOSURE TERMS

These accounts consist of checking sub account and a savings sub account. The bank may periodically transfer funds between these two accounts. On a such transfer during a calendar month, and funds in the savings sub account will be transferred back to the checking sub account. If your account is a plan on which interest is paid, your calculation will remain the same. Otherwise, the savings sub account will be non-interest bearing. The savings sub account will be governed by the rules governing our other savings accounts. The process will not affect your available balance, the interest you may earn, FDIC insurance protection, or your monthly statement.

## Additional First Direct Terms and Conditions

- $250 discount on residential first mortgage closing costs.
- No annual fee on a new HELOC.
- No minimum balance required.
- Employer must participate in the First Direct Program for the employees to participate.

FMB Indiana Consumer Disclosure Booklet - Revised 03/2017

# Personal Savings Truth in Savings Disclosure

## Regular Savings

A great starter account with lower interest rates. We offer two ways to avoid a monthly service charge.

**Benefits:**
- FREE ATM card
- FREE Online, Mobile & Text Banking
- FREE access to all our ATMs
- FREE Telephone Banking

**Limits:**
- Six FREE withdrawals per month - $10,000 per additional withdrawal (including withdrawals made by ACH, Telephone, Internet, Online Banking, or Wire.)

**Interest:**
- Rates are tiered based on account balance and may vary - ask us for current rates
- Interest is accrued daily and credited monthly

**Minimum Opening Deposit:** $100

**Monthly Service Fee:**
- With minimum balance of $300 or eStatements - $0
- WITHOUT minimum $300 balance or eStatements - $5 balance requirement fee

**Quarterly Statement Options:**
- eStatements
- Combined statements
- Paper statements

Other service fees may apply.



## Money Market

Get tiered rates based on your balance, with the convenience of check writing.

**All the benefits of Regular Savings, plus:**
- FREE Money Market Savings checks
- FREE Debit Card*

**Limits:**
- Six FREE withdrawals per month - $10,000 per additional withdrawal (including withdrawals made by ACH, Telephone, Internet, Online Banking, or Wire.)

**Interest:**
- Rates are tiered based on account balance and may vary - ask us for current rates
- Interest is accrued daily and credited monthly

**Minimum Opening Deposit:** $1,000

**Monthly Service Fee:**
- With minimum balance of $10,000 - $0
- WITHOUT minimum $10,000 balance - $8 balance requirement fee

**Monthly Statement Options:**
- eStatements
- Combined statements
- Paper statements

Other service fees may apply.



## Smart-Saver CD

This account is designed to make saving easy with regular automatic deposits through the year. Start with as little as $25 and watch your savings grow!

**Benefits:**
- Automatic deposits
- FREE Online, Text & Mobile Banking
- FREE Telephone Banking

**Requirements:**
- Deposit at least $25 monthly through pre-authorized transfer
- Maintain a minimum balance of $25

**Interest/Term:** Failure to meet these requirements may result in account closure.

- Rate is fixed throughout the one-year term - ask for current rates
- At maturity, you will be paid the withdrawal or renewed for an additional year at the rate in effect at that time
- Interest is accrued daily and credited quarterly
- Early withdrawal penalty may apply

**Minimum Opening Deposit:** $25

Other service fees may apply.

## Traditional CD

Our Traditional CDs are a great way to invest, particularly with higher interest rates than other savings options! Choose the term that works best for you.

**Benefits:**
- A variety of terms
- Attractive interest rates
- FREE Online, Text & Mobile Banking
- FREE Telephone Banking

**Interest:**
- Rate is fixed throughout the term - ask for current rates
- Interest is accrued daily and credited quarterly or at maturity, whichever comes first
- Early withdrawal penalty may apply

**Minimum Opening Deposit:**
- $1,000 for terms of 12 months or more
- OR $2,500 for terms less than 12 months

Other service fees may apply.

## Health Savings (HSA)

An HSA is a tax-advantaged, interest-bearing account for participants in High Deductible Health Care plans that can be used for qualified medical expenses.

**Benefits:**
- FREE Telephone Banking
- FREE Debit Card
- Reduce taxable income*
- Free Online Banking with Bill Pay (Must be 18yrs or older for Bill Pay)

**Interest:**
- Rates are tiered based on account balance and may vary - ask us for current rates
- Interest is accrued daily and credited monthly

**Minimum Opening Deposit:** $0

**Monthly Service Fee:**
- eStatements - $0
- Paper statements - $5

**Monthly Statement Options:**
- eStatements
- Paper statements

See other disclosure terms below.***

## Retirement (IRA)

Round out your retirement portfolio or get one started!

**Traditional:**
- Contributions may be tax-deductible* and earnings are not taxed until withdrawal
- People with earned income may contribute until age 70½; contribution limits apply

**Roth:**
- Contributions are not tax-deductible - however, earnings are tax-free (unless a withdrawal is not a qualified distribution)
- Ideal if you anticipate being in a higher tax bracket upon retirement
- People with earned income may contribute, regardless of age; contribution limits apply

**Interest:**
- Rates are tiered based on term and are generally fixed
- Interest is accrued daily and credited quarterly or at maturity, whichever comes first
- Early withdrawal penalty may apply

**Minimum Opening Deposit:**
- $2,500 (terms less than 12 months)
- OR $1,000 (12 months or more)
- OR $100 (variable rate)

Other service fees may apply.



▲ Savings Transfer



***OTHER DISCLOSURE TERMS



# FIRST MERCHANTS BANK
## BUSINESS DISCLOSURE BOOKLET
## INDIANA

# First Merchants Bank Business Disclosure Booklet - Indiana

# INDEX

| Funds Availability | Page 1 |
|---|---|
| Terms and Conditions | Pages 2-7 |
| USA Patriot Act | Page 8 |
| General banking Fees | Page 9 |
| Contact Us | Page 10 |
| Business Checking Options | Page 11 |
| Business Online Banking Packages | Page 12 |

# Availability of Funds Disclosure
YOUR ABILITY TO WITHDRAW FUNDS AT
FIRST MERCHANTS BANK
200 EAST JACKSON STREET PO BOX 792
MUNCIE, IN 47308-0792
PHONE: (765) 747-1500

This policy statement applies to "Transaction" accounts. Transaction accounts, in general, are accounts which permit an unlimited number of payments to third persons and an unlimited number of telephone and preauthorized transfers to other accounts of yours with us. Checking accounts are the most common transaction accounts. Feel free to ask us whether any of your other accounts might also be under this policy.

Our policy is to make funds from your cash or check deposits available to you on the first business day after the day we receive your deposit. Electronic direct deposits will be available on the day we receive the deposit. Once the funds are available, you can withdraw them in cash and we will use the funds to pay checks that you have written. Please remember that even after we have made funds available to you and you have withdrawn the funds, you are still responsible for checks you deposit that are returned to us unpaid and for any other problems involving your deposit.

For determining the availability of your deposits, every day is a business day, except Saturdays, Sundays, and federal holidays.

If you make a deposit prior to 6:00 p.m. (some cutoff times may be later at some locations) on a business day that we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after 6:00 p.m. or on a day we are not open, we will consider that the deposit was made on the next business day we are open. For additional information contact your branch representative. If you make a deposit at an ATM before 4:00pm EST (some cutoff times may be later at some locations) on a business day that we are open, we will consider that day to be the day of your deposit. However, if you make a deposit at an ATM after 4:00pm EST or on a day we are not open, we will consider that the deposit was made on the next business day we are open. For additional information contact your branch representative.

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in one of your accounts. Those funds will be available at the time funds from the check we cashed would have been available it you had deposited it.

If we accept for deposit a check that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your availability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available for withdrawal until the time periods that are described elsewhere in this disclosure for the type of check that you deposited.

LONGER DELAYS MAY APPLY

Case-By-Case Delays - In some cases, we will not make all of the funds that you deposit by check available to you on the first business day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $200 of your deposits, however, may be available on the first business day after the day of your deposit.

If we are not going to make all of the funds from your deposit available on the first business day after we receive your deposit, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to one of our employees, or if we decide to take this action after you have left the premises, we will mail you the notice by the first business day after we receive your deposit. If you will need the funds from a deposit right away, you should ask us when the funds will be available.

Safeguard Exception Delays - In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:
• We believe a check you deposit will not be paid.
• You deposit checks totaling more than $5,000 on any one day.
• You redeposit a check that has been returned unpaid.
• You have overdrawn your account repeatedly in the last six months.
• There is an emergency, such as failure of computer or communications equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than second business day after the day of your deposit.

SPECIAL RULES FOR NEW ACCOUNTS

If you are a new customer, the following special rules will apply during the first 30 days your account is open.

Funds from electronic direct deposits into your account will be available on the day we receive the deposit. Funds from deposits of cash, wire transfers, and the first $5,000 of a day's total deposits of cashier's. certified, teller's, traveler's, and federal, state and local government checks will be available on the first business day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you (and you may have to use a special deposit slip). The excess over $5,000 will be available on the ninth business day after the day of your deposit. If your deposit of these checks (other than a U.S. Treasury check) is not made in person to one of our employees, the first $5,000 will not be available until the second business day after the day of your deposit.

Revised 07/01/2011

# Terms and Conditions of Your Account

**Contents:**

(1) Important Information about Procedures for Opening a New Account
(2) Agreement
(3) Liability
(4) Deposits
(5) Withdrawals
    *Generally*
    *Postdated Checks*
    *Checks and Withdrawal Rules*
    *Overdrafts*
    *Multiple Signatures, Electronic Check Conversion, and Similar Transactions*
    *Notice of Withdrawal*
(6) Ownership of Account and Beneficiary Designation
    *Individual Account*
    *Joint Account - With Survivorship*
    *Joint Account - No Survivorship*
    *Revocable Trust Account/In Trust For*
    *Pay-on-Death Account with LDPS*
    *Pay-on-Death Account No LDPS*
    *Additional Transfer on Death Property Act Rules*
(7) Business, Organization, and Association Accounts
(8) Stop Payments
(9) Telephone Transfers
(10) Amendments and Termination
(11) Notices
(12) Statements
    *Your Duty to Report Unauthorized Signatures, Alterations, and Forgeries*
    *Your Duty to Report Other Errors*
    *Errors Relating to Electronic Fund Transfers or Substitute Checks*

(13) Direct Deposits
(14) Temporary Account Agreement
(15) Setoff
(16) Check Processing
(17) Check Cashing
(18) Truncation, Substitute Checks, and Other Check Images
(19) Remotely Created Checks
(20) Unlawful Internet Gambling Notice
(21) ACH and Wire Transfers
(22) Facsimile Signatures
(23) Authorized Signer
(24) Restrictive Legends or Endorsements
(25) Account Transfer
(26) Endorsements
(27) Death or Incompetence
(28) Fiduciary Accounts
(29) Credit Verification
(30) Legal Actions Affecting Your Account
(31) Security
(32) Telephonic Instructions
(33) Monitoring and Recording Telephone Calls and Consent to Receive Communications
(34) Claim of Loss
(35) Early Withdrawal Penalties
(36) Address or Name Changes
(37) Resolving Account Disputes
(38) Waiver of Notices
(39) Additional Terms

**(1) Important Information about Procedures for Opening a New Account.** To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

**(2) Agreement.** This document, along with any other documents we give you pertaining to your account(s), is a contract that establishes rules which control your account(s) with us. Please read this carefully and retain it for future reference. If you sign the signature card or open or continue to use the account, you agree to these rules. You will receive a separate schedule of rates, qualifying balances, and fees if they are not included in this document. If you have any questions, please call us.

This agreement is subject to applicable federal laws, the laws of the state of Indiana and other applicable rules such as the operating letters of the Federal Reserve Banks and payment processing system rules (except to the extent that this agreement can and does vary such rules or laws). The body of state and federal law that governs our relationship with you, however, is too large and complex to be reproduced here. The purpose of this document is to:

1. summarize some laws that apply to common transactions;
2. establish rules to cover transactions or events which the law does not regulate;
3. establish rules for certain transactions or events which the law regulates but permits variation by agreement; and
4. give you disclosures of some of our policies to which you may be entitled or in which you may be interested.

If any provision of this document is found to be unenforceable according to its terms, all remaining provisions will continue in full force and effect. We may permit some variations from our standard agreement, but we must agree to any variation in writing either on the signature card for your account or in some other document. Nothing in this document is intended to vary our duty to act in good faith and with ordinary care when required by law.

As used in this document the words "we," "our," and "us" mean the financial institution and the words "you" and "your" mean the account holder(s) and anyone else with the authority to deposit, withdraw, or exercise control over the funds in the account. However, this agreement does not intend, and the terms "you" and "your" should not be interpreted, to expand an individual's responsibility for an organization's liability. If this account is owned by a corporation, partnership or other organization, individual liability is determined by the laws generally applicable to that type of organization. The headings in this document are for convenience or reference only and will not govern the interpretation of the provisions. Unless it would be inconsistent to do so, words and phrases used in this document should be construed so the singular includes the plural and the plural includes the singular.

**(3) Liability.** You agree, for yourself (and the person or entity you represent if you sign as a representative of another) to the terms of this account and the schedule of charges. You authorize us to deduct these charges, without notice to you, directly from the account balance as accrued. You will pay any additional reasonable charges for services you request which are not covered by this agreement.

Each of you also agrees to be jointly and severally (individually) liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to this account. This liability is due immediately, and can be deducted directly from the account balance whenever sufficient funds are available. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item or benefited from the charge or overdraft.

You will be liable for our costs as well as for our reasonable attorneys' fees, to the extent permitted by law, whether incurred as a result of collection or in any other dispute involving your account. This includes, but is not limited to, disputes between you and another joint owner; you and an authorized signer or similar party; or a third party claiming an interest in your account. This also includes any action that you or a third party takes regarding the account that causes us, in good faith, to seek the advice of an attorney, whether or not we become involved in the dispute. All costs and attorneys' fees can be deducted from your account when they are incurred, without notice to you.

Terms and Conditions-IN
Bankers Systems™ VMP ®
Wolters Kluwer Financial Services © 2016

TC-IN 12/1/2016

**(4) Deposits.** We will give only provisional credit until collection is final for any items, other than cash, we accept for deposit (including items drawn "on us"). Before settlement of any item becomes final, we act only as your agent, regardless of the form of endorsement or lack of endorsement on the item and even though we provide you provisional credit for the item. We may reverse any provisional credit for items that are lost, stolen, or returned. Unless prohibited by law, we also reserve the right to charge back to your account the amount of any item deposited to your account or cashed for you which was initially paid by the payor bank and which is later returned to us due to an allegedly forged, unauthorized or missing endorsement, claim of alteration, encoding error or other problem which in our judgment justifies reversal of credit. You authorize us to attempt to collect previously returned items without giving you notice, and in attempting to collect we may permit the payor bank to hold an item beyond the midnight deadline. Actual credit for deposits of, or payable in, foreign currency will be at the exchange rate in effect on final collection in U.S. dollars. We are not responsible for transactions by mail or outside depository until we actually record them. We will treat and record all transactions received after our "daily cutoff time" on a business day we are open, or received on a day we are not open for business, as if initiated on the next business day that we are open. At our option, we may take an item for collection rather than for deposit. If we accept a third-party check for deposit, we may require any third-party endorsers to verify or guarantee their endorsements, or endorse in our presence.

**(5) Withdrawals.**

**Generally.** Unless clearly indicated otherwise on the account records, any of you, acting alone, who signs to open the account or has authority to make withdrawals may withdraw or transfer all or any part of the account balance at any time. Each of you (until we receive written notice to the contrary) authorizes each other person who signs or has authority to make withdrawals to endorse any item payable to you or your order for deposit to this account or any other transaction with us.

**Postdated Checks.** A postdated check is one which bears a date later than the date on which the check is written. We may properly pay and charge your account for a postdated check even though payment was made before the date of the check, unless we have received written notice of the postdating in time to have a reasonable opportunity to act. Because we process checks mechanically, your notice will not be effective and we will not be liable for failing to honor your notice unless it precisely identifies the number, date, amount and payee of the item.

**Checks and Withdrawal Rules.** If you do not purchase your check blanks from us, you must be certain that we approve the check blanks you purchase. We may refuse any withdrawal or transfer request which you attempt on forms not approved by us or by any method we do not specifically permit. We may refuse any withdrawal or transfer request which is greater in number than the frequency permitted, or which is for an amount greater or less than any withdrawal limitations. We will use the date the transaction is completed by us (as opposed to the date you initiate it) to apply the frequency limitations. In addition, we may place limitations on the account until your identity is verified.

Even if we honor a nonconforming request, we are not required to do so later. If you violate the stated transaction limitations (if any), in our discretion we may close your account or reclassify it as a transaction account. If we reclassify your account, your account will be subject to the fees and earnings rules of the new account classification.

If we are presented with an item drawn against your account that would be a "substitute check," as defined by law, but for an error or defect in the item introduced in the substitute check creation process, you agree that we may pay such item.

See the funds availability policy disclosure for information about when you can withdraw funds you deposit. For those accounts to which our funds availability policy disclosure does not apply, you can ask us when you make a deposit when those funds will be available for withdrawal. An item may be returned after the funds from the deposit of that item are made available for withdrawal. In that case, we will reverse the credit of the item. We may determine the amount of available funds in your account for the purpose of deciding whether to return an item for insufficient funds at any time between the time we receive the item and when we return the item or send a notice

in lieu of return. We need only make one determination, but if we choose to make a subsequent determination, the account balance at the subsequent time will determine whether there are insufficient available funds.

**Overdrafts.** You understand that we may, at our discretion, honor withdrawal requests that overdraw your account. However, the fact that we may honor withdrawal requests that overdraw the account balance does not obligate us to do so later. So you can NOT rely on us to pay overdrafts on your account regardless of how frequently or under what circumstances we have paid overdrafts on your account in the past. We can change our practice of paying overdrafts on your account without notice to you. You can ask us if we have other account services that might be available to you where we commit to paying overdrafts under certain circumstances, such as an overdraft protection line-of-credit or a plan to sweep funds from another account you have with us. You agree that we may charge fees for overdrafts. For consumer accounts, we will not charge fees for overdrafts caused by ATM withdrawals or one-time debit card transactions if you have not opted-in to that service. We may use subsequent deposits, including direct deposits of social security or other government benefits, to cover such overdrafts and overdraft fees.

**Multiple Signatures, Electronic Check Conversion, and Similar Transactions.** An electronic check conversion transaction is a transaction where a check or similar item is converted into an electronic fund transfer as defined in the Electronic Fund Transfers regulation. In these types of transactions the check or similar item is either removed from circulation (truncated) or given back to you. As a result, we have no opportunity to review the check to examine the signatures on the item. You agree that, as to these or any items as to which we have no opportunity to examine the signatures, you waive any requirement of multiple signatures.

**Notice of Withdrawal.** We reserve the right to require not less than 7 days' notice in writing before each withdrawal from an interest-bearing account other than a time deposit or demand deposit, or from any other savings account as defined by Regulation D. (The law requires us to reserve this right, but it is not our general policy to use it.) Withdrawals from a time account prior to maturity or prior to any notice period may be restricted and may be subject to penalty. See your notice of penalty for early withdrawal.

**(6) Ownership of Account and Beneficiary Designation.** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account.** This is an account in the name of one person.

**Joint Account - With Survivorship** *(And Not As Tenants In Common)*. This is an account in the name of two or more persons. Each of you intend that when you die the balance in the account (subject to any previous pledge to which we have agreed) will belong to the survivor(s). If two or more of you survive, you will own the balance in the account as joint tenants with survivorship and not as tenants in common.

**Joint Account - No Survivorship** *(As Tenants In Common)*. This is owned by two or more persons, but none of you intend (merely by opening this account) to create any right of survivorship in any other person. We encourage you to agree and tell us in writing of the percentage of the deposit contributed by each of you. This information will not, however, affect the "number of signatures" necessary for withdrawal.

**Revocable Trust Account/In Trust For** *(pursuant to the Multiple Party Account statutes in Indiana Code ch. 32-17-11 et. seq.)*. If two or more of you create this type of account, you own the account jointly with survivorship. Beneficiaries cannot withdraw unless: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, beneficiaries will own this account in equal shares, without right of survivorship. The person(s) creating this account type may: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**Pay-on-Death Account with LDPS** *(pursuant to the Transfer on Death Property Act statutes in Indiana Code ch. 32-17-14 et. seq.)*. If two or more of you create this type of account, you own the account jointly with

Terms and Conditions-IN
Bankers Systems™ VMP ®
Wolters Kluwer Financial Services © 2016

TC-IN 12/1/2016

FMB Indiana Business Disclosure Booklet - Revised 12/2016

Page 3

survivorship. Beneficiaries cannot withdraw unless all persons creating the account die. If a named beneficiary does not survive all persons that created the account, that beneficiary's right to a transfer on death transfer belongs to that beneficiary's lineal descendants per stirpes (LDPS) who survive all persons that created the account. LDPS means that group of people that are the lineal descendants of a beneficiary who will take, in place of the beneficiary they have survived, the beneficiary's share as determined under Indiana law. In order for a lineal descendant to take in place of a beneficiary, the lineal descendant must survive the death of that beneficiary. The person(s) creating this account type may: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**Pay-on-Death Account No LDPS** *(pursuant to the Transfer on Death Property Act statutes in Indiana Code ch. 32-17-14 et. seq.).* If two or more of you create this type of account, you own the account jointly with survivorship. Beneficiaries cannot withdraw unless: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, beneficiaries will own this account in equal shares unless otherwise designated in writing, without right of survivorship. The person(s) creating this account type may: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**Additional Transfer on Death Property Act Rules.** If there are multiple primary beneficiaries and a primary beneficiary does not survive all persons creating the account and does not have a substitute under the LDPS rules, the share of the nonsurviving primary beneficiary is allocated among the surviving primary beneficiaries in the proportion that their shares bear to each other. If there are no surviving primary beneficiaries and there are no substitutes for the nonsurviving primary beneficiaries under the LDPS rules, the property belongs to the surviving contingent beneficiaries in equal shares or according to the percentages or fractional shares stated in the designation. If there are multiple contingent beneficiaries and a contingent beneficiary does not survive all persons creating the account and does not have a substitute under the LDPS rules, the share of the nonsurviving contingent beneficiary is allocated among the surviving contingent beneficiaries in the proportion that their shares bear to each other. If no beneficiary survives all persons creating the account, the property belongs to the estate of the owner unless directed to a substitute beneficiary under the LDPS rules.

**(7) Business, Organization, and Association Accounts.** Earnings in the form of interest, dividends, or credits will be paid only on collected funds, unless otherwise provided by law or our policy. You represent that you have the authority to open and conduct business on this account on behalf of the entity. We may require the governing body of the entity opening the account to give us a separate authorization telling us who is authorized to act on its behalf. We will honor the authorization until we actually receive written notice of a change from the governing body of the entity.

**(8) Stop Payments.** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee.

You may stop payment on any item drawn on your account whether you sign the item or not. Your stop payment order is effective for six months if it is given to us in writing or by another type of record (Generally, a "record" is information that is stored in such a way that it can be retrieved and can be heard or read and understood - you can ask us what type of stop payment records you can give us). Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. If the original stop-payment order was oral your stop-payment order will lapse after 14 calendar days if it is not confirmed in writing or by another type of record within that time period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**(9) Telephone Transfers.** A telephone transfer of funds from this account to another account with us, if otherwise arranged for or permitted, may be made by the same persons and under the same conditions generally applicable to withdrawals made in writing. Unless a different limitation is disclosed in writing, we restrict the number of transfers from a savings account to another account or to third parties, to a maximum of six per month (less the number of "preauthorized transfers" during the month). Other account transfer restrictions may be described elsewhere.

**(10) Amendments and Termination.** We may change any term of this agreement. Rules governing changes in interest rates are provided separately in the Truth-in-Savings disclosure or in another document. For other changes, we will give you reasonable notice in writing or by any other method permitted by law. We may also close this account at any time upon reasonable notice to you and tender of the account balance personally or by mail. Items presented for payment after the account is closed may be dishonored. When you close your account, you are responsible for leaving enough money in the account to cover any outstanding items to be paid from the account. Reasonable notice depends on the circumstances, and in some cases such as when we cannot verify your identity or we suspect fraud, it might be reasonable for us to give you notice after the change or account closure becomes effective. For instance, if we suspect fraudulent activity with respect to your account, we might immediately freeze or close your account and then give you notice. If we have notified you of a change in any term of your account and you continue to have your account after the effective date of the change, you have agreed to the new term(s).

**(11) Notices.** Any written notice you give us is effective when we actually receive it, and it must be given to us according to the specific delivery instructions provided elsewhere, if any. We must receive it in time to have a reasonable opportunity to act on it. If the notice is regarding a check or other item, you must give us sufficient information to be able to identify the check or item, including the precise check or item number, amount, date and payee. Written notice we give you is effective when it is deposited in the United States Mail with proper postage and addressed to your mailing address we have on file. Notice to any of you is notice to all of you.

**(12) Statements.**

**Your Duty to Report Unauthorized Signatures, Alterations, and Forgeries.** You must examine your statement of account with "reasonable promptness." If you discover (or reasonably should have discovered) any unauthorized signatures or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we substantially contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations or forgeries in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

Terms and Conditions-IN
Bankers Systems™ VMP ®
Wolters Kluwer Financial Services © 2016

TC-IN 12/1/2016

FMB Indiana Business Disclosure Booklet · Revised 12/2016

Page 4

**Your Duty to Report Other Errors.** In addition to your duty to review your statements for unauthorized signatures, alterations and forgeries, you agree to examine your statement with reasonable promptness for any other error - such as an encoding error. In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing endorsements or any other problems. You agree that the time you have to examine your statement and items and report to us will depend on the circumstances. However, this time period shall not exceed 60 days. Failure to examine your statement and items and report any errors to us within 60 days of when we first send or make the statement available precludes you from asserting a claim against us for any errors on items identified in that statement and as between you and us the loss will be entirely yours.

**Errors Relating to Electronic Fund Transfers or Substitute Checks** *(For consumer accounts only.)* For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**(13) Direct Deposits.** If we are required for any reason to reimburse the federal government for all or any portion of a benefit payment that was directly deposited into your account, you authorize us to deduct the amount of our liability to the federal government from the account or from any other account you have with us, without prior notice and at any time, except as prohibited by law. We may also use any other legal remedy to recover the amount of our liability.

**(14) Temporary Account Agreement.** If the account documentation indicates that this is a temporary account agreement, each person who signs to open the account or has authority to make withdrawals (except as indicated to the contrary) may transact business on this account. However, we may at some time in the future restrict or prohibit further use of this account if you fail to comply with the requirements we have imposed within a reasonable time.

**(15) Setoff.** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**(16) Check Processing.** We process items mechanically by relying solely on the information encoded in magnetic ink along the bottom of the items. This means that we do not individually examine all of your items to determine if the item is properly completed, signed and endorsed or to determine if it contains any information other than what is encoded in magnetic ink. You agree that we have exercised ordinary care if our automated processing is consistent with general banking practice, even though we do not inspect each item. Because we do not inspect each item, if you write a check to multiple payees, we can properly pay the check regardless of the number of endorsements unless you notify us in writing that the check requires multiple endorsements. We must receive the notice in time for us to have a reasonable opportunity to act on it, and you must tell us the precise date of the check, amount, check number and payee. We are not responsible for any unauthorized signature or alteration that would not be identified by a reasonable inspection of the item. Using an automated process helps us keep costs down for you and all account holders.

**(17) Check Cashing.** We may charge a fee for anyone that does not have an account with us who is cashing a check, draft or other instrument written on your account. We may also require reasonable identification to cash such a check, draft or other instrument. We can decide what identification is reasonable under the circumstances and such identification may be documentary or physical and may include collecting a thumbprint or fingerprint.

**(18) Truncation, Substitute Checks, and Other Check Images.** If you truncate an original check and create a substitute check, or other paper or electronic image of the original check, you warrant that no one will be asked to make payment on the original check, a substitute check or any other electronic or paper image, if the payment obligation relating to the original check has already been paid. You also warrant that any substitute check you create conforms to the legal requirements and generally accepted specifications for substitute checks. You agree to retain the original check in conformance with our internal policy for retaining original checks. You agree to indemnify us for any loss we may incur as a result of any truncated check transaction you initiate. We can refuse to accept substitute checks that have not previously been warranted by a bank or other financial institution in conformance with the Check 21 Act. Unless specifically stated in a separate agreement between you and us, we do not have to accept any other electronic or paper image of an original check.

**(19) Remotely Created Checks.** Like any standard check or draft, a remotely created check (sometimes called a telecheck, preauthorized draft or demand draft) is a check or draft that can be used to withdraw money from an account. Unlike a typical check or draft, however, a remotely created check is not issued by the paying bank and does not contain the signature of the account owner (or a signature purported to be the signature of the account owner). In place of a signature, the check usually has a statement that the owner authorized the check or has the owner's name typed or printed on the signature line.

You warrant and agree to the following for every remotely created check we receive from you for deposit or collection: (1) you have received express and verifiable authorization to create the check in the amount and to the payee that appears on the check; (2) you will maintain proof of the authorization for at least 2 years from the date of the authorization, and supply us the proof if we ask; and (3) if a check is returned you owe us the amount of the check, regardless of when the check is returned. We may take funds from your account to pay the amount you owe us, and if there are insufficient funds in your account, you still owe us the remaining balance.

**(20) Unlawful Internet Gambling Notice.** Restricted transactions as defined in Federal Reserve Regulation GG are prohibited from being processed through this account or relationship. Restricted transactions generally include, but are not limited to, those in which credit, electronic fund transfers, checks, or drafts are knowingly accepted by gambling businesses in connection with the participation by others in unlawful Internet gambling.

**(21) ACH and Wire Transfers.** This agreement is subject to Article 4A of the Uniform Commercial Code - Fund Transfers as adopted in the state in which you have your account with us. If you originate a fund transfer and you identify by name and number a beneficiary financial institution, an intermediary financial institution or a beneficiary, we and every receiving or beneficiary financial institution may rely on the identifying number to make payment. We may rely on the number even if it identifies a financial institution, person or account other than the one named. You agree to be bound by automated clearing house association rules. These rules provide, among other things, that payments made to you, or originated by you, are provisional until final settlement is made through a Federal Reserve Bank or payment is otherwise made as provided in Article 4A-403(a) of the Uniform Commercial Code. If we do not receive such payment, we are entitled to a refund from you in the amount credited to your account and the party originating such payment will not be considered to have paid the amount so credited. Credit entries may be made by ACH. If we receive a payment order to credit an account you have with us by wire or ACH, we are not required to give you any notice of the payment order or credit.

**(22) Facsimile Signatures.** Unless you make advance arrangements with us, we have no obligation to honor facsimile signatures on your checks or other orders. If we do agree to honor items containing facsimile signatures, you authorize us, at any time, to charge you for all checks, drafts, or other orders, for the payment of money, that are drawn on us. You give us this authority regardless of by whom or by what means the facsimile signature(s) may have been affixed so long as they resemble the facsimile signature specimen filed with us, and contain the required number of signatures for this purpose. You must notify us at once if you suspect that your facsimile signature is being or has been misused.

Terms and Conditions-IN
Bankers Systems™ VMP ®
Wolters Kluwer Financial Services © 2016

TC-IN 12/1/2016

FMB Indiana Business Disclosure Booklet - Revised 12/2016

Page 5

**(23) Authorized Signer** (*Individual Accounts only*). A single individual is the owner. The authorized signer is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the authorized signer may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the authorized signer. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf. The owner may terminate the authorization at any time, and the authorization is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the authorized signer until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an authorized signer.

**(24) Restrictive Legends or Endorsements.** The automated processing of the large volume of checks we receive prevents us from inspecting or looking for restrictive legends, restrictive endorsements or other special instructions on every check. Examples of restrictive legends placed on checks are "must be presented within 90 days" or "not valid for more than $1,000.00." The payee's signature accompanied by the words "for deposit only" is an example of a restrictive endorsement. For this reason, we are not required to honor any restrictive legend or endorsement or other special instruction placed on checks you write unless we have agreed in writing to the restriction or instruction. Unless we have agreed in writing, we are not responsible for any losses, claims, damages, or expenses that result from your placement of these restrictions or instructions on your checks.

**(25) Account Transfer.** This account may not be transferred or assigned without our prior written consent.

**(26) Endorsements.** We may accept for deposit any item payable to you or your order, even if they are not endorsed by you. We may give cash back to any one of you. We may supply any missing endorsement(s) for any item we accept for deposit or collection, and you warrant that all endorsements are genuine.

To ensure that your check or share draft is processed without delay, you must endorse it (sign it on the back) in a specific area. Your entire endorsement (whether a signature or a stamp) along with any other endorsement information (e.g., additional endorsements, ID information, driver's license number, etc.) must fall within 1 1/2" of the "trailing edge" of a check. Endorsements must be made in blue or black ink, so that they are readable by automated check processing equipment.

As you look at the front of a check, the "trailing edge" is the left edge. When you flip the check over, be sure to keep all endorsement information within 1 1/2" of that edge.



FRONT OF CHECK

TRAILING EDGE

YOUR ENDORSEMENT MUST BE WITHIN THIS AREA

Keep your endorsement out of this area.

BACK OF CHECK

It is important that you confine the endorsement information to this area since the remaining blank space will be used by others in the processing of the check to place additional needed endorsements and information. You agree that you will indemnify, defend, and hold us harmless for any loss, liability, damage or expense that occurs because your endorsement, another endorsement, or information you have printed on the back of the check obscures our endorsement. These endorsement guidelines apply to both personal and business checks.

**(27) Death or Incompetence.** You agree to notify us promptly if any person with a right to withdraw funds from your account(s) dies or is adjudicated (determined by the appropriate official) incompetent. We may continue to honor your checks, items, and instructions until: (a) we know of your death or adjudication of incompetence, and (b) we have had a reasonable opportunity to act on that knowledge. You agree that we may pay or certify checks drawn on or before the date of death or adjudication of incompetence for up to ten (10) days after your death or adjudication of incompetence unless ordered to stop payment by someone claiming an interest in the account.

**(28) Fiduciary Accounts.** Accounts may be opened by a person acting in a fiduciary capacity. A fiduciary is someone who is appointed to act on behalf of and for the benefit of another. We are not responsible for the actions of a fiduciary, including the misuse of funds. This account may be opened and maintained by a person or persons named as a trustee under a written trust agreement, or as executors, administrators, or conservators under court orders. You understand that by merely opening such an account, we are not acting in the capacity of a trustee in connection with the trust nor do we undertake any obligation to monitor or enforce the terms of the trust or letters.

**(29) Credit Verification.** You agree that we may verify credit and employment history by any necessary means, including preparation of a credit report by a credit reporting agency.

**(30) Legal Actions Affecting Your Account.** If we are served with a subpoena, restraining order, writ of attachment or execution, levy, garnishment, search warrant, or similar order relating to your account (termed "legal action" in this section), we will comply with that legal action. Or, in our discretion, we may freeze the assets in the account and not allow any payments out of the account until a final court determination regarding the legal action. We may do these things even if the legal action involves less than all of you. In these cases, we will not have any liability to you if there are insufficient funds to pay your items because we have withdrawn funds from your account or in any way restricted access to your funds in accordance with the legal action. Any fees or expenses we incur in responding to any legal action (including, without limitation, attorneys' fees and our internal expenses) may be charged against your account. The list of fees applicable to your account(s) provided elsewhere may specify additional fees that we may charge for certain legal actions.

**(31) Security.** It is your responsibility to protect the account numbers and electronic access devices (e.g., an ATM card) we provide you for your account(s). Do not discuss, compare, or share information about your account number(s) with anyone unless you are willing to give them full use of your money. An account number can be used by thieves to issue an electronic debit or to encode your number on a false demand draft which looks like and functions like an authorized check. If you furnish your access device and grant actual authority to make transfers to another person (a family member or coworker, for example) who then exceeds that authority, you are liable for the transfers unless we have been notified that transfers by that person are no longer authorized. Your account number can also be used to electronically remove money from your account, and payment can be made from your account even though you did not contact us directly and order the payment. You must also take precaution in safeguarding your blank checks. Notify us at once if you believe your checks have been lost or stolen. As between you and us, if you were negligent in safeguarding your checks, you must bear the loss entirely yourself or share the loss with us (we may have to share some of the loss if we failed to use ordinary care and if we substantially contributed to the loss).

Except for consumer electronic funds transfers subject to Regulation E, you agree that if we offer you services appropriate for your account to help identify and limit fraud or other unauthorized transactions against your account, such as positive pay or commercially reasonable security procedures, and you reject those services, you will be responsible for any fraudulent or unauthorized transactions which could have been prevented by the services we offered, unless we acted in bad faith or to the extent our negligence contributed to the loss. If we offered you a commercially reasonable security procedure which you reject, you agree that you are responsible for any payment order, whether authorized or not, that we accept in compliance with an alternative security procedure that you have selected.

Terms and Conditions-IN
Bankers Systems™ VMP ®
Wolters Kluwer Financial Services © 2016

TC-IN 12/1/2016

FMB Indiana Business Disclosure Booklet - Revised 12/2016

Page 6

**(32) Telephonic Instructions.** Unless required by law or we have agreed otherwise in writing, we are not required to act upon instructions you give us via facsimile transmission or leave by voice mail or on a telephone answering machine.

**(33) Monitoring and Recording Telephone Calls and Consent to Receive Communications.** We may monitor or record phone calls for security reasons, to maintain a record and to ensure that you receive courteous and efficient service. You consent in advance to any such recording. We need not remind you of our recording before each phone conversation.

To provide you with the best possible service in our ongoing business relationship for your account we may need to contact you about your account from time to time by telephone, text messaging or email. However, we must first obtain your consent to contact you about your account because we must comply with the consumer protection provisions in the federal Telephone Consumer Protection Act of 1991 (TCPA), CAN-SPAM Act and their related federal regulations and orders issued by the Federal Communications Commission (FCC).

- Your consent is limited to this account, and as authorized by applicable law and regulations.
- Your consent does not authorize us to contact you for telemarketing purposes (unless you otherwise agreed elsewhere).

With the above understandings, you authorize us to contact you regarding this account throughout its existence using any telephone numbers or email addresses that you have previously provided to us or that you may subsequently provide to us.

This consent is regardless of whether the number we use to contact you is assigned to a landline, a paging service, a cellular wireless service, a specialized mobile radio service, other radio common carrier service or any other service for which you may be charged for the call. You further authorize us to contact you through the use of voice, voice mail and text messaging, including the use of pre-recorded or artificial voice messages and an automated dialing device.

If necessary, you may change or remove any of the telephone numbers or email addresses at any time using any reasonable means to notify us.

**(34) Claim of Loss.** If you claim a credit or refund because of a forgery, alteration, or any other unauthorized withdrawal, you agree to cooperate with us in the investigation of the loss, including giving us an affidavit containing whatever reasonable information we require concerning your account, the transaction, and the circumstances surrounding the loss. You will notify law enforcement authorities of any criminal act related to the claim of lost, missing, or stolen checks or unauthorized withdrawals. We will have a reasonable period of time to investigate the facts and circumstances surrounding any claim of loss. Unless we have acted in bad faith, we will not be liable for special or consequential damages, including loss of profits or opportunity, or for attorneys' fees incurred by you. You agree that you will not waive any rights you have to recover your loss against anyone who is obligated to repay, insure, or otherwise reimburse you for your loss. You will pursue your rights or, at our option, assign them to us so that we may pursue them. Our liability will be reduced by the amount you recover or are entitled to recover from these other sources.

**(35) Early Withdrawal Penalties** *(and involuntary withdrawals).* We may impose early withdrawal penalties on a withdrawal from a time account even if you don't initiate the withdrawal. For instance, the early withdrawal penalty may be imposed if the withdrawal is caused by our setoff against funds in the account or as a result of an attachment or other legal process. We may close your account and impose the early withdrawal penalty on the entire account balance in the event of a partial early withdrawal. See your notice of penalty for early withdrawals for additional information.

**(36) Address or Name Changes.** You are responsible for notifying us of any change in your address or your name. Unless we agree otherwise, change of address or name must be made in writing by at least one of the account holders. Informing us of your address or name change on a check reorder form is not sufficient. We will attempt to communicate with you only by use of the most recent address you have provided to us. If provided elsewhere, we may impose a service fee if we attempt to locate you.

**(37) Resolving Account Disputes.** We may place an administrative hold on the funds in your account (refuse payment or withdrawal of the funds) if it becomes subject to a claim adverse to (1) your own interest; (2) others claiming an interest as survivors or beneficiaries of your account; or (3) a claim arising by operation of law. The hold may be placed for such period of time as we believe reasonably necessary to allow a legal proceeding to determine the merits of the claim or until we receive evidence satisfactory to us that the dispute has been resolved. We will not be liable for any items that are dishonored as a consequence of placing a hold on funds in your account for these reasons.

**(38) Waiver of Notices.** To the extent permitted by law, you waive any notice of non-payment, dishonor or protest regarding any items credited to or charged against your account. For example, if you deposit a check and it is returned unpaid or we receive a notice of nonpayment, we do not have to notify you unless required by federal Regulation CC or other law.

**(39) Additional Terms.**

**ADDRESS OR NAME CHANGES.** Any notice we mail to you (or email to you if you've told us to communicate with you electronically) will be binding if sent to the last (postal or electronic) address in our records. We may change your address if we receive an address change notice from the U.S. Postal Service or if a company in the business of providing correct addresses informs us that the address in our records no longer matches your address.

**NOTICES.** Written notice we give you is effective when it is deposited in the United States Mail with proper postage and addressed to your mailing address we have on file or when permitted by law, we provide you notice by e-mail at the e-mail address we have on file.

**ARBITRATION AND WAIVER OF JURY TRIAL.** ALL DISPUTES OR CLAIMS PERTAINING TO THE SERVICE, A SERVICE ACCOUNT OR THE RELATIONSHIPS THAT ARISE THERE FROM, WHETHER BASED IN CONTRACT, TORT OR OTHERWISE, SHALL BE RESOLVED BY BINDING ARBITRATION UNDER THE EXPEDITED PROCEDURES OF THE COMMERCIAL FINANCIAL DISPUTES ARBITRATION RULES OF THE AMERICAN ARBITRATION ASSOCIATION (AAA) AND THE FEDERAL ARBITRATION ACT IN TITLE 9 OF THE US CODE. ARBITRATION HEARINGS WILL BE HELD IN THE STATE OF INDIANA IN A CITY OF FIRST MERCHANTS BANK CHOOSING. A SINGLE ARBITRATOR WILL BE APPOINTED BY THE AAA AND WILL BE AN ATTORNEY OR A RETIRED JUDGE WITH EXPERIENCE AND KNOWLEDGE IN BANKING TRANSACTIONS. ANY ISSUE CONCERNING WHETHER OR THE EXTENT TO WHICH A DISPUTE OR CLAIM IS SUBJECT TO ARBITRATION, INCLUDING BUT NOT LIMITED TO ISSUES RELATING TO THE VALIDITY OR ENFORCEABILITY OF THESE ARBITRATION PROVISIONS, SHALL BE DETERMINED BY THE ARBITRATOR. ALL STATUTES OF LIMITATIONS OR OTHER DEFENSES RELATING TO THE TIMELINESS OF THE ASSERTION OF A DISPUTE OR CLAIM THAT OTHERWISE WOULD BE APPLICABLE TO AN ACTION BROUGHT IN A COURT OF LAW SHALL BE APPLICABLE IN ANY SUCH ARBITRATION, AND THE COMMENCEMENT OF AN ARBITRATION UNDER THIS AGREEMENT SHALL BE DEEMED THE COMMENCEMENT OF AN ACTION FOR SUCH PURPOSES. NO PROVISION OF THIS PARAGRAPH SHALL RESTRICT THE ABILITY OF ANY PERSON TO EXERCISE ALL RIGHTS AND REMEDIES AVAILABLE UNDER APPLICABLE LAW OR THIS AGREEMENT; PROVIDED, HOWEVER, THAT THE EXERCISE OF THOSE RIGHTS OR REMEDIES IS SUBJECT TO THE RIGHT OF ANY OTHER PERSON TO DEMAND ARBITRATION AS PROVIDED HEREIN. THE COMMENCEMENT OF LEGAL ACTION BY A PERSON ENTITLED TO DEMAND ARBITRATION DOES NOT WAIVE THE RIGHT OF THAT PERSON TO DEMAND ARBITRATION WITH RESPECT TO ANY COUNTERCLAIM OR OTHER CLAIM. A PERSON ENTITLED OR OBLIGATED TO DEMAND ARBITRATION SHALL NOT BE PERMITTED TO ASSERT A DISPUTE OR CLAIM THAT IS BROUGHT ON BEHALF OF ANY OTHER PERSON AND THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY DISPUTE OR CLAIM TO BE ARBITRATED AS, OR ON THE BASIS OF, A CLASS ACTION. SIMILARLY, AN ARBITRATION PROCEEDING UNDER THIS AGREEMENT MAY NOT BE CONSOLIDATED WITH OTHER ARBITRATIONS PROCEEDINGS. JUDGMENT UPON THE AWARD RENDERED IN ARBITRATION SHALL BE FINAL AND MAY BE ENTERED IN ANY COURT, STATE OR FEDERAL, HAVING JURISDICTION. IF A DISPUTE OR CLAIM IS NOT SUBJECT TO ARBITRATION FOR ANY REASON, THEN THE DISPUTE OR CLAIM SHALL BE DECIDED IN THE COURTS OF DELAWARE COUNTY, INDIANA, WITHOUT A JURY. YOU AND FIRST MERCHANTS BANK IRREVOCABLY WAIVE ALL RIGHTS TO TRIAL BY JURY.

Terms and Conditions-IN
Bankers Systems™ VMP ®
Wolters Kluwer Financial Services © 2016

TC-IN 12/1/2016

FMB Indiana Business Disclosure Booklet - Revised 12/2016

Page 7

# IMPORTANT INFORMATION ABOUT NEW PROCEDURES FOR OPENING AN ACCOUNT

## MANDATED BY THE <u>USA PATRIOT ACT</u>



To help the government fight the funding of terrorism and money laundering activities, the USA PATRIOT Act, a Federal law, requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account, including business accounts.

What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents. If you are opening an account on behalf of a business entity, documents relating to the business may also be requested.

Corporate Compliance  Revised 10-13-08

# BUSINESS BANKING FEES

*Effective September 1, 2016*

### Debit/ATM Fees

| | |
|---|---|
| $ 10.00 | ATM or Debit Card Replacement |
| $ 2.00 | Foreign ATM[1] |
| $ 25.00 | Express Delivery Fee |
| Varies | International Fees[10] |

### Stop Payment/Returned Items

| | |
|---|---|
| $ 12.00 | Chargeback |
| $ 5.00 | Redeposit |
| $ 37.00 | Stop Payment/Hold Fee |
| $ 37.00 | Insufficient Funds[2] |
| $ 37.00 | Overdraft[2] (Includes Bill Pay Returned Checks) |
| $ 8.00 | 1st Continuous Overdraft Charge[3] |
| $ 8.00 | Recurring Overdraft Charge[4] |

### Statement Assistance

| | |
|---|---|
| $ 3.00 | Account Activity Printout (teller) |
| $ 10.00 | Duplicate/Special/Instant Statements |
| $ 30.00 | Reconciling Statement (per hour, one hour min.) |
| $ 30.00 | Research Fee (per hour, one hour min.) |
| $ 2.00 | Research Copies (per page) |
| $ 3.00 | Closed Account Copies (per page) |
| $ 3.00 | Non-Customer Request (per page) |
| $ 2.00 | Photocopy |
| $ 2.00 | Check Copy |
| Varies | Paper Statement Fee |

### Wire Transfers

| | |
|---|---|
| $ 15.00 | Incoming Wire |
| $ 25.00 | Outgoing Wire[5] |
| $ 20.00 | International Incoming Wire Fee[5] |
| $ 45.00 | International Outgoing Wire Fee[5] |

### Other

| | |
|---|---|
| $ 8.00 | Official Checks[6] |
| $ 15.00 | Official Checks (non-customer) |
| $ 4.00 | Money Order[6] |
| $ 6.00 | Money Order (non-customer) |
| $ 10.00 | ODP Immediate Transfer Charge |
| $ 6.00 | Telephone Transfer[7] |
| $ 50.00 | Early Closing Fee (within 180 days of opening) |
| $ 30.00 | Account Closing by Mail |
| $ 5.00 | Dormant Account Fee[8] |
| $ 25.00 | Escheatment Processing Fee |
| $100.00 | Tax Levy |
| $ 20.00 | Garnishments |
| $ 1.00 | Fax Fees (per page) |
| $ 25.00 | Payment of Collection Items |
| $ 19.95 | Overnight Check Payment (via Online Bill Pay) |
| $ 10.00 | Excess Tran[9] (Regular Business Savings) |
| $ 25.00 | Excess Tran[9] (Money Market Business Savings) |

### Business Online Banking Bill Pay

Up to 25 FREE monthly Bill Pay Transactions, then $0.75 each.

| | |
|---|---|
| $ 19.95 | Bill Pay Expedited Payments |

[1]Inquiry, Transfer or Withdrawal transactions;   [2]Fees may be created by check, in-person, ATM withdrawal, or other electronic transactions;   [3]Charge will be assessed on the 4th business day the account is overdrawn.   [4]Additional charge assessed beginning on 5th business day and continuing until a positive balance is achieved or the account is closed;   [5]Fees for wire transfers initiated outside of Business Online Banking. Business Online Banking Fees are disclosed upon accepting service agreement. Additional fees may be charged by the domestic or international correspondent bank;   [6]Free for certain account types;   [7]Fee applies whether placed via Call Center or banking center staff;   [8]A dormant account fee will be charged each month if, for 1 year previous for checking or 3 years previous for savings, there is no customer initiated activity or other indication in writing from you of an interest in the account;   [9]Fee per withdrawal in excess of 6 per calendar month or statement cycle (or similar period) of at least 4 weeks.   [10]Charges determined by MasterCard®, Maestro® and Cirrus®

# Contact Us

**First Merchants Bank and Lafayette Bank & Trust**

**Customer Service:** 1.800.205.3464 or 765.747.1382
(Mon.-Fri. 7:00 a.m.-7:00 p.m., Sat. 9:00 a.m.-1:00 p.m. Eastern Time)

**Lost or Stolen Debit Card:** 1.800.205.3464
*customerservice@firstmerchants.com*

**Business Solutions Center:** 1.866.833.0050
(Mon.-Fri. 7:00 a.m. to 7:00 p.m. Eastern Time)

**Telephone Banking:** 1.800.473.5055 (24 hours)

## First Merchants Trust Company

Customer Service: 1.866.238.0082 or 765.747.1300
(Mon.-Fri. 8:00 a.m.-5:00 p.m. Eastern Time)

## First Merchants Corporation

**Stockholder Inquiries:**
Cynthia G. Holaday
Shareholder Relations Officer
First Merchants Corporation
Phone: 765.741.7278 or 1.800.262.4261 ext.27278
E-mail: *shareholderrelations@firstmerchants.com*

**First Merchants Corporation Main Office**
200 E. Jackson Street
Muncie, IN 47305
765.747.1500

***www.firstmerchants.com***



DisclosureBooklet-Business-IN-0716

# Business Checking Options

## First Business Checking

Great for small businesses with fewer than 100 items processed per month.

**Features and Benefits**
- 100 FREE transactions per month
- No minimum balance requirement
- No monthly service charge
- FREE Mobile and Telephone Banking
- FREE Business Online Banking
- FREE Business debit card
- FREE access to all of our ATMs
- FREE eStatements with images

**Fees:**
- Other service fees may apply, including a $3 paper statement fee.
- Transactions include: paid checks, deposits and deposited checks. Most electronic debits and credits are excluded.
- $0.50 per additional transaction.

### Available Services
- Online Bill Pay
- Merchant Services
- ACH Origination
- Wire Transfer
- Business Credit Card

## Basic Business Checking

Ideal for small to medium-sized businesses with moderate transaction volumes.

**Features and Benefits**
- 300 FREE transactions per month
- No monthly service charge if average collected balance is $3,000
- FREE Mobile and Telephone Banking
- FREE Business Online Banking
- FREE Business debit card
- FREE access to all of our ATMs
- FREE eStatements with images

**Fees:**
- Other service fees may apply, including a $3 paper statement fee.
- Transactions include: paid checks, deposits and deposited checks. Most electronic debits and credits are excluded.
- $0.50 per additional transaction.
- $15 service charge if average collected balance falls below $3,000.

### Available Services
- Online Bill Pay
- Merchant Services
- ACH Origination
- Wire Transfer
- Business Credit Card
- Remote Deposit

## Business Interest Checking

Your account balance earns interest and more! With Business Interest Checking:

**Features and Benefits**
- Competitive interest rate paid on account balance
- 300 FREE transactions per month
- No monthly service charge if average collected balance is $7,500
- FREE Mobile and Telephone Banking
- FREE Business Online Banking
- FREE Business debit card
- FREE access to all of our ATMs
- FREE eStatements with images

**Fees:**
- Other service fees may apply, including a $3 paper statement fee.
- Transactions include: paid checks, deposits and deposited checks. Most electronic debits and credits are excluded.
- $0.50 per additional transaction. $15 service charge if average collected balance falls below $7,500.

### Available Services
- Online Bill Pay
- Merchant Services
- ACH Origination
- Wire Transfer
- Business Credit Card
- Remote Deposit

## Community Analysis Checking

Available for public and quasi-public organizations with transaction processing needs.

**Features and Benefits**
- Competitive Earnings Credit Rate paid on account balance
- Monthly Service Charge and other fees may be reduced or eliminated with balance credit
- FREE Mobile and Telephone Banking
- FREE Business Online Banking
- FREE Business debit card
- FREE access to all of our ATMs
- FREE eStatements with images

**Fees:**
- Monthly Account Analysis Service Charge and other fees are assessed based on account activity.
- Other service fees may apply, including a $3 paper statement fee.

### Available Services
- Online Bill Pay
- Merchant Services
- ACH Origination
- Wire Transfer
- Business Credit Card
- Remote Deposit
- Positive Pay
- Lockbox
- Sweep Services

## Commercial Checking

The account that can accommodate the most basic or complex banking needs.

**Features and Benefits**
- Competitive Earnings Credit Rate
- Monthly Service Charge and other fees may be reduced or eliminated with balance credit
- FREE Mobile and Telephone Banking
- FREE Business Online Banking
- FREE Business debit card
- FREE access to all of our ATMs
- FREE eStatements with images

**Fees:**
- Monthly Account Analysis Service Charge and other fees are assessed based on account activity.
- Other service fees may apply, including a $3 paper statement fee.

### Available Services
- Online Bill Pay
- Merchant Services
- ACH Origination
- Wire Transfer
- Business Credit Card
- Remote Deposit
- Positive Pay
- Lockbox
- Sweep Services



# Business Online Banking

Visit www.firstmerchants.com or contact our Business Solutions team at 1.866.833.0050 for additional information.

## Standard

All the tools you need to manage your business all in one product.

- FREE Balance and Transaction Information
- FREE Paid Check Deposit Ticket and Deposited Item Images
- FREE Statements
- FREE Account to Account Transfers
- FREE Quicken® and QuickBooks® connectivity
- FREE Email and Text alerts
- Initiate Stop Payments*

**Business Bill Pay:**
- Up to 25 FREE monthly Bill Pay transactions, then $0.75 each.

**Mobile Banking:**
- FREE Mobile Banking
- FREE Mobile Deposit

*Additional fees apply.

## Add On Services

### ACH Origination

You can make one-time and monthly payments simply via electronic deposit. Payment types available can include processing Automated Clearing House (ACH) Electronic Funds Transfer transactions.

- Reduce the potential for fraud to your account.
- Improve cash position forecasts with predictable transaction posting.
- Immediate funds availability on incoming credit transactions.
- Simplify account reconciliation.
- Customize user entitlements by account and function and establish transaction limits.
- Out of Band Authentication is required for transaction approval.
- ABA/Routing number search feature to validate the accuracy of your transactions.

### Wire Transfer

Wire transfer is the fastest, safest method for moving money within the U.S. or to foreign country.

- Domestic transactions are sent or received securely the same business day (if received by current cut-off time).
- Funds are guaranteed.
- Initiate International Wires in US Dollars.
- Customize user entitlements by account and function and establish transaction limits.
- Out of Band Authentication is required for transaction approval.
- Business Online Banking ABA Routing number search feature to validate the accuracy of your wire transaction.

### Positive Pay*

Positive Pay provides the peace of mind that only authorized, authorized checks will be paid from your accounts.

- Positive Pay lets you compare your account from our filter of your outstanding issued checks.
- Our system simultaneously your account is presented against those you have your issue file and items.
- Checks presented to teller windows are also matched against your issue file to determine whether or not the item should be cashed.
- Check issue files may be submitted in several formats for your convenience.
- Submit check issue information 24 hours a day, 7 days a week via Business Online Banking.
- Save you the time, money and worry involved in dealing with check fraud.

---

# Add a Business Savings Account

## Business Money Market

- Features: FREE Money Market checks
- Limits: Six FREE withdrawals/transfers per month $25 per additional withdrawal
- No monthly service charge if minimum balance is at least $10,000. Otherwise, a $4.00 monthly account analysis charge applies.
- **Minimum Opening Deposit: $1,000**

## Business Savings

- Limits: Six FREE withdrawals or transfers per month; $10 per additional withdrawal.
- No monthly service charge if minimum balance is at least $300. Otherwise, a $3.00 monthly minimum balance requirement charge applies.
- **Minimum Opening Deposit: $100**

See back cover for additional fees and current prices.

# Personal Savings Truth in Savings Disclosure

## Regular Savings



A great starter account with saved interest rates. We offer two keys to avoid a monthly service charge.

**Benefits:**
- FREE ATM card
- FREE Online, Mobile & Text Banking
- FREE access to eStatements
- FREE Telephone Banking

**Limits:**
- Six FREE withdrawals per month – $10.00 per additional withdrawal (including withdrawals made by ACH, Telephone, Internet, Online Banking, or Wire.)

**Interest:**
- Rates are tiered based on account balance and may vary – ask us for current rates
- Interest is accrued daily and credited monthly

**Minimum Opening Deposit:**
$100

**Monthly Service Fee:**
- With minimum balance of $300 or
  - eStatements - $0
  - WITHOUT minimum $300 balance - $5 balance requirement fee

**Quarterly Statement Options:**
- eStatements
- Combined statements
- Paper statements

Other service fees may apply.

## Money Market



Get tiered rates based on your balance, with the convenience of check writing.

All the benefits of Regular Savings, plus:
- FREE Money Market Savings
- FREE Debit Card*

**Limits:**
- Six FREE withdrawals per month - $10.00 per additional withdrawal (including withdrawals made by ACH, Telephone, Internet, Online Banking, or Wire.)

**Interest:**
- Rates are tiered based on account balance and may vary – ask us for current rates
- Interest is accrued daily and credited monthly

**Minimum Opening Deposit:**
$1,000

**Monthly Service Fee:**
- With minimum balance of $10,000 - $0
- WITHOUT minimum $10,000 balance - $8 balance requirement fee

**Monthly Statement Options:**
- eStatements
- Combined statements
- Paper statements

Other service fees may apply.

## Smart Saver CD

This account is designed to make saving easy, with regular, automatic deposits throughout the year. Start with as little as $25 and watch your savings grow!

**Benefits:**
- Automatic deposits
- FREE Online, Text & Mobile Banking
- FREE Telephone Banking

**Requirements:**
- Deposit at least $25 monthly through pre-authorized transfer
- Maintain a minimum balance of $25

**Interest/Term:** Failure to meet these requirements may result in account closure.

- Rate is fixed throughout one-year term - ask for current rates
- At maturity, funds may be withdrawn or renewed for an additional year at the rate in effect at that time
- Interest is accrued daily and credited quarterly
- Early withdrawal penalty may apply

**Minimum Opening Deposit:**
$25

Other service fees may apply.

## Traditional CD

Our Traditional CDs are a great way to invest, generally with higher interest rates than other savings options. Choose the term that works best for you!

**Benefits:**
- A variety of terms
- Attractive interest rates
- FREE Online, Text & Mobile Banking
- FREE Telephone Banking

**Interest:**
- Rate is fixed throughout the term - ask for current rates
- Interest is accrued daily and credited quarterly or at maturity, whichever comes first
- Early withdrawal penalty may apply

**Minimum Opening Deposit:**
- $1,000 for terms of 12 months or more
- OR $2,500 for terms less than 12 months

Other service fees may apply.

## Health Savings (HSA)



An HSA is a tax-advantaged, interest-bearing account for health savings plans that can be used for qualified medical expenses.

**Benefits:**
- FREE Telephone Banking
- FREE Debit Card
- Reduce taxable income*
- FREE Online Banking with Bill Pay (Must be 18yrs or older for Bill Pay)

**Interest:**
- Rates are tiered based on account balance and may vary - ask us for current rates
- Interest is accrued daily and credited monthly

**Minimum Opening Deposit:** $0

**Monthly Service Fee:**
- eStatements - $0
- Paper statements - $5

**Monthly Statement Options:**
- eStatements
- Paper statements

See other disclosure terms below.***

## Retirement (IRA)



Round out your retirement portfolio or get one started.

**Traditional:**
- Contributions may be tax-deductible*, and earnings are not taxed until withdrawal
- People with earned income may contribute up to 70½, contribution limits apply

**Roth:**
- Contributions are not tax-deductible, however, earnings accrue tax-free as a withdrawal is not a qualified distribution
- Ideal if you anticipate being in a higher tax bracket upon retirement
- People with earned income may contribute, regardless of age; contribution limits apply

**Interest:**
- Rates are tiered based on term and are generally fixed
- Interest is accrued daily and credited quarterly or at maturity, whichever comes first
- Early withdrawal penalty may apply

**Minimum Opening Deposit:**
- $2,500 (terms less than 12 months)
- OR $1,000 (12 months or more)
- OR $100 (variable rate)

Other service fees may apply.

▶ Savings Transfer

▶ ***OTHER DISCLOSURE TERMS

# Attention personal checking customers:

*If your accounts are not protected with Overdraft Protection Transfers or a Ready Reserve Line of Credit, then when you use your debit card without sufficient funds in your account, that transaction will be declined. You may avoid this situation ONLY if you authorize us to pay these types of transactions. Your authorization is called "Opting In." Opting In must be authorized by you and may be withdrawn by you at any time.*

## What You Need to Know about Overdrafts and Overdraft Fees

An <u>overdraft</u> occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We can cover your overdrafts in different ways:

1. We have our **standard overdraft practice** that we apply to your account. (See below)
2. We also offer Overdraft Protection Options, which include:
   **Overdraft Protection Transfers,** which link your account to a secondary checking, savings, money market or home equity line of credit; and
   **Ready Reserve Line of Credit,** an unsecured line of credit.
   To learn more, ask us about Overdraft Protection Options.

### <u>This Notice Explains First Merchants' Overdraft Practice</u>

**What is the standard overdraft practice that comes with my account?**
We may authorize and pay overdrafts for the following types of transactions:
   • Checks and other transactions made using your checking account number
   • Automatic bill payments
We do not authorize and pay overdrafts for the following types of transactions unless you request to "Opt In"(see below):
   • ATM transactions
   • Everyday debit card transactions

**First Merchants' overdraft practice:**
We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize and pay any type of transaction.

**What fees will I be charged if First Merchants Bank pays my overdraft?**
Under our overdraft practice:
   • We will charge you a fee of **up to $37** each time we pay an overdraft or return an item, with a limit of six charges per day.
   • Also, beginning on the fourth business day your account is overdrawn, **an $8 fee** may be charged each business day your account remains overdrawn. This charge is in addition to any Overdraft Item Fees or Returned Item Fees assessed. These fees will affect your account balance.
   • The $37 overdraft fee is not charged if the total overdraft is $5 or less.
   • Check your <u>available balance</u> regularly to avoid overdraft situations and/or to determine if you are in an overdraft status.

**How does First Merchants Bank post items to my account?**
(1) Deposits are credited to your account prior to posting any withdrawal. (2) The next items that we post are ATM withdrawals, debit card transactions*, and any checks cashed by our employees or that you have written to us, in the order in which they are received. (3) We then post any items that were submitted electronically, such as ACH items, preauthorized automatic transfers, telephone-initiated transfers and other electronic transfers, in the order in which they are received. (4) Finally, we pay the remaining items based on check number order.

   *The amount of a debit card transaction is removed from your <u>available balance</u> in order to cover the transaction. This <u>available balance</u> is used to determine if you are in an overdraft status. There can be a delay of one or more business days before the transaction is actually presented to us for settlement. Therefore, there may be a short delay when the transaction actually appears on your statement.*

**What if I want First Merchants Bank to authorize and pay overdrafts on my ATM and everyday debit card transactions?**
If you want us to authorize and pay overdrafts on ATM and everyday debit card transactions, you must contact us in order to Opt In. This choice may be changed at any time by you. If you still have questions please contact us at 1.800.205.3464.

| **Call** | **Click** | **Visit** |
|---|---|---|
| 1.800.205.3464 | Send a secure message | any banking center |
| 7-8 M-F, 9-3 S | within our Online Banking system | to authorize this service |

*First Merchants refers to all bank divisions within our company. First Merchants Bank and Lafayette Bank & Trust.*

FDIC

PCHK-SHEET-OVERDRAFT-0516

Rev April 2016

| FACTS | WHAT DOES FIRST MERCHANTS BANK DO WITH YOUR PERSONAL INFORMATION? |
|---|---|

| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
|---|---|

| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>■ Social Security number and income<br>■ Account balances and transaction history<br>■ Credit history and credit scores<br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
|---|---|

| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons First Merchants Bank chooses to share; and whether you can limit this sharing. |
|---|---|

| Reasons we can share your personal information | Does First Merchants Bank share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes—** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes—** information about your transactions and experiences | No | We don't share |
| **For our affiliates' everyday business purposes—** information about your creditworthiness | No | We don't share |
| **For our affiliates to market to you** | No | We don't share |
| **For nonaffiliates to market to you** | No | We don't share |

| Questions? | Please visit our website www.firstmerchants.com or call 800-205-3464. |
|---|---|