**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Deborah Walton | ) | Case No. 1:17-cv-1888-JMS-MPB |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| First Merchants Bank | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## AFFIDAVIT OF DEBORAH WALTON

Deborah Walton, being duly sown, deposes and states:

I am an adult with a residence in Hamilton County in the state of Indiana.

I have called and sent e-mails to Mr. Alex Rodgers on several occasions ask for a copy of the Signed Consent Form he alleges his client First Merchants Bank has on file, which allowed them to contact me via Robo / Auto Dialers, however; as of to date, he has refused to provide the Consent forms to me.  I also have over 427 Robo / Auto Dialer calls on my cell phone statements and over 200 calls on my home phone statements.  I have also requested my March 2016 through August 2017 Ameriana and First Merchants bank statements, and I have only received a few of the bank statements I've requested.

**I AFFIRM UNDER PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

**May 21, 2018**

Deborah Walton