# EXHIBIT D

**Brian Hunt**

**From:** Nicole Weaver
**Sent:** Wednesday, August 23, 2017 9:39 AM
**To:** Brian Hunt
**Subject:** FW: Ameriana Disclosure Booklets
**Attachments:** Ameriana business disclosure.pdf; Ameriana personal disclosure.pdf

I was told these were mailed 2 weeks prior to conversion. Conversion was the weekend of March 11-14. Mailing date would have been between ~~around Feb 29.~~

~~These are Ameriana docs?~~

This is consumer Booklet sent to Ameriana customers; waiting on the Business one. I got it now

However, SG opened accounts at FMB on 12/18/15 + 5/18/16 + 8/18/16 (ANS) (ANS) (ANS?) — Need Ts + Cs on these DATES!

So these Ts + Cs applied to Loy's A accounts "converted" to FMB accounts

BAD - this version of WK Ts + Cs (2013) does not have the #33 9 [illegible] the 2016 Ts + Cs with the "Consent to Receive Communication" verbiage.

**Brian Hunt**

| | |
|---|---|
| **From:** | Nicole Weaver |
| **Sent:** | Tuesday, August 29, 2017 11:14 AM |
| **To:** | Brian Hunt |
| **Subject:** | FW: Ameriana Mailing - February/March 2016 |
| **Attachments:** | Consumer-IN-plus HSA (1).pdf |

The disclosure book that the copy center printed for the Ameriana conversion is attached. We are digging to see what business customers were sent.

Hope this helps!

*Nicole M. Weaver*
Assistant Vice President | Executive Assistant
First Merchants Corporation
9301 Innovation Drive | Daleville, IN 47334
ph 765-521-7619 | mobile 765-524-7779
nweaver@firstmerchants.com | www.firstmerchants.com

[redacted]

---

**From:** Rance Naffziger
**Sent:** Tuesday, August 29, 2017 11:12 AM
**To:** Jonathon A. Graves <jgraves@firstmerchants.com>
**Cc:** Nicole Weaver <NWeaver@firstmerchants.com>; Sherry L. Anderson <sanderson@firstmerchants.com>
**Subject:** RE: Ameriana Mailing - February/March 2016

Below is a snapshot of 1 of the letters onto which we merged customer info (via application InDesign).

Attached is a copy of the Disclosure Booklet which we printed.

Is either of these files what you are looking for?

If not, then I'll continue searching.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been deposited in the U..S. mail, first-class postage prepaid, on the 21th day of May 2018 addressed to:

David O. Tittle
Alex S. Rodger
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

Deborah Walton, pro se