UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Deborah Walton ) | Case No. 1:17-cv-1888-JMS-MPB |
| ) | |
| Plaintiff ) | |
| ) | FILED |
| v. ) | JUL 02 2018 |
| ) | U.S. CLERK'S OFFICE |
| First Merchants Bank ) | INDIANAPOLIS, INDIANA |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
ON THE FOLLOWING COUNTS I, II, III AND IIII**

Come now, Plaintiff Deborah Walton, pro se, pursuant to Federal Rules Civil Procedures 56.1 of the Southern District of Indiana Local Rules, respectfully submits her Motion for Partial Summary Judgment on Counts I, II, III and IIII. The Plaintiff has motions to compel that have not yet been ruled on and a motion for sanction that is also pending.

1. The Plaintiff has submitted her Memorandum in support of her claims attached herewith this motion.

2. The Plaintiff has filed her Partial Summary Judgment motion, to preserve her rights to address any decisions from any future orders.

3. There are material issues of facts in dispute, however, the Plaintiff has put to rest that the issues being disputed by the Defendant are without merit.

Respectfully submitted,

_____
Deborah Walton, pro se

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been deposited in the U.S. mail, first-class postage prepaid, on the 2nd day of July 2018 addressed to:

David O. Tittle
Alex S. Rodger
2350 First financial Center
255 East Fifth Street
Cincinnati, OH 45202

_____
Deborah Walton, pro se