UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORA WALTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cv-01888-JMS-MPB |
| ) | |
| FIRST MERCHANTS BANK, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff Debora Walton's Motion for Sanctions, recommending that the Court deny Ms. Walton's Motion for Sanctions but also deny Defendant First Merchants Bank's request to recover its costs and fees in connection with responding to Ms. Walton's motion. [Filing No. 126.] The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, and none were filed. Indeed, Ms. Walton filed a "Response to the Magistrate[']s Report and Recommendation," stating that she "does not object to the Report and Recommendation." [Filing No. 142.] The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. [Filing No. 126.] Ms. Walton's Motion for Sanctions, [Filing No. 50], is **DENIED**, as is First Merchants Bank's request to recover its costs and fees in connection with responding to the Motion for Sanctions.

Date: 11/13/2018

*(signature)*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

**Distribution via United States Mail to:**

Debora Walton
P.O. Box 598
Westfield, IN 46074