# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Roger A. G. Sharpe

### Clerk of the Court

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

September 16, 2020

Re: WALTON v. FIRST MERCHANTS BANK
Cause Number: 1:17−cv−01888−SEB−MPB

TO ALL COUNSEL OF RECORD:

      Pursuant to Title 28 U.S.C. §455, the above matter was reassigned from the docket of Judge Jane Magnus−Stinson to the docket of Judge Sarah Evans Barker on September 16, 2020. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:17−cv−01888−SEB−MPB should be used on all future filings.**

Sincerely,

Roger A. G. Sharpe, Clerk of Court

By: s/Ashley Hossack
Ashley Hossack, Deputy Clerk